

**U.S. Department of Labor**
Mine Safety and Health Administration
Protecting Miners' Safety and Health Since 1978

www.msha.gov                    Search MSHA            Advanced Options | Help
En Español

**MSHA News Release No. 97-1113**
**Mine Safety and Health Administration**
**Contact: Rodney Brown**
**Phone: (703) 235-1452**

Thursday, November 13, 1997

**SCSRs Still Function Properly**
**MSHA Notifies Coal Mining Community of Problem in Breathing Device**

The Labor Department's Mine Safety and Health Administration (MSHA) and the National Institute for Occupational Safety and Health (NIOSH) have notified all users of a self-contained self-rescuer (SCSR) manufactured by Mine Safety Appliances Co. that a problem exists which may render the unit unusable unless certain specific procedures are followed prior to using the device. Fragments of the chemical that produces oxygen have been found in the breathing tube of some units and would be undetectable by the typical user prior to initial use. If inhaled, these particles may induce a choking response from the person and could cause the wearer to discard the device rather than use it when it is most needed.

"We've identified a problem and have taken steps to protect the miners," said Davitt McAteer, assistant secretary of labor for mine safety and health. "These steps include training miners in interim procedures for donning the unit and providing a label to be attached to each unit reminding the miner of these procedures. In the meantime, the units will be replaced promptly to keep the risk of harm as low as possible."

MSHA, NIOSH, and the manufacturer have informed all affected mine operators that prior to using the Portal-Pack® SCSR the wearer must exhale into the breathing tube three times. This action would clear any particles in the breathing tube, preventing them from being inhaled by the user.

Mine Safety Appliances Co., based in Pittsburgh, Pa., has recalled the Portal-Packs® and is replacing them with Life-Saver 60® SCSRs. The company has committed to replacing all units by early 1998. The Portal-Pack® SCSRs are no longer manufactured.

MSHA enforcement personnel have informed some 110 affected mine operators of the new donning instructions and have required these mine operators to have their workers immediately trained in the added procedure to ensure their safety should an emergency situation arise. Also, MSHA inspectors will help see that instruction labels are attached to all units.

There are approximately 7,000 of the Portal Pack® SCSRs currently in use. SCSRs have a limited shelf life and manufacturers of these devices typically assemble units as they are needed rather than stock them for long periods of time.

The fragments were observed in the breathing tube of 11 of 43 Portal Pack® SCSRs examined by MSHA and the National Institute for Occupational Safety and Health (NIOSH), who, jointly with MSHA, approves respirators for use in the mining industry. The particles were detected in devices that had been deployed in either the carried or machine-mounted mode.

http://www.msha.gov/media/press/1997/nr971113.htm                    **EXHIBIT 1**

In response, MSHA and NIOSH recommend that all carried and machine-mounted Portal-Pack® SCSRs be the first units to be removed from service as soon as they can be replaced by any other approved SCSRs.

To facilitate faster replacement, MSHA will temporarily permit the use of more than one type of SCSR at mining operations which use the MSA breathing device.

Federal mining regulations require that all underground coal miners be equipped with a breathing device that will provide the user at least one hour of oxygen during a mine emergency situation. In the event of a fire or explosion, the underground mining environment may become contaminated with toxic gases and fumes from which the SCSRs protec the user.

### # # #

Back to Top                                www.msha.gov                                www.dol.go

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Accessibility | Privacy & Security Statement | Disclaimers

**Mine Safety and Health Administration (MSHA)**
1100 Wilson Boulevard, 21st Floor
Arlington, VA 22209-3939

Phone: (202) 693-940
Fax-on-demand: (202) 693-940
Technical (web) questions: Webmaste
Contact U

**U.S. Department of Labor**
Mine Safety and Health Administration
Protecting Miners' Safety and Health Since 1978

www.msha.gov                    Search MSHA            Advanced Options | Help
En Español

MSHA News Release No. 97-1229
Mine Safety and Health Administration
Contact: Wayne Veneman
Phone: (703) 235-1452

Monday, December 29, 1997

## MSHA ISSUES ALERT TO MINE OPERATORS, MINERS ON SOME SCSR's

The Mine Safety and Health Administration (MSHA) has expanded its audits of self-contained self-rescuers (SCSR's), designed to protect underground coal miners in case of a fire or explosion, after discovering several improperly maintained units at one mine in southern West Virginia. The devices are designed to provide miners with an hour's oxygen supply in an emergency.

"Mine operators and miners should be aware that self-contained self-rescuers may provide diminished protection if they are outdated, mishandled, or improperly maintained," said J. Davitt McAteer, assistant secretary of labor for mine safety and health. "Starting January 5, MSHA will conduct special emphasis inspections focusing on Ocenco, Inc., SCSR's. Inspectors will visually check each of these units for signs of damage, improper maintenance, or expiration of approval."

Federal law requires that mine operators supply SCSR's for use by all underground coal miners. The devices must be approved by the National Institute for Occupational Safety and Health (NIOSH) and MSHA, and must be properly maintained, regularly inspected by mine personnel, and replaced on the expiration of their service life.

Several Ocenco breathing devices from a mine in West Virginia failed tests under a random audit program conducted by NIOSH. Tests of additional devices from this mine revealed improper maintenance, which was evident on dismantling the units. The mine has replaced the units.

Additional Ocenco SCSR's, obtained from other sources, generally passed NIOSH tests; however, tests indicated some devices that either had signs of mishandling or had passed their service life would provide diminished protection.

"Federal regulations require mine operators periodically to inspect their SCSR's," said McAteer. "In addition, we strongly encourage mine operators to do an in-depth review of their supply of SCSR's. These devices are critical in case of a fire or explosion. Each device needs to be examined closely for signs of damage or improper maintenance, as well as checked to make sure it is still within its service life.

"In addition, mine operators need to be cautious in purchasing SCSR's second-hand without certain knowledge they have been properly maintained. Improper maintenance may not always be visible to the potential buyer."

Each SCSR should have an approval plate, a manufacturer's label including a serial number, and --if refurbished --a manufacturer's label stating the date serviced. Mine personnel are urged to contact MSHA if any SCSR's are found:

- -- Without an approval plate or manufacturer's label;
- -- Carrying an Ocenco label with a serial number that starts with 9 and a letter, such as 9A, 9B, and so on (according to Ocenco, these serial numbers are not valid);
- -- Showing signs that a mine name or other information has been obliterated;

--With any other observed irregularities.

Outdated SCSR's must be replaced as soon as possible. In a mine emergency, however, these devices still provide substantial protection to miners. In the next few weeks, MSHA will launch inspections and work closely with mine operators to ensure that outdated units are being replaced promptly.

"Proper maintenance of SCSR's is absolutely critical to protect underground coal miners at all times, and our concern is even more heightened because winter is the time when coal mine explosions have most often occurred," McAteer said. Under the NIOSH audit program, about 100 SCSR's are tested each year from a random selection of underground coal mines.

### #

Back to Top                                    www.msha.gov                                    www.dol.go

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Accessibility | Privacy & Security Statement | Disclaimers

Mine Safety and Health Administration (MSHA)
1100 Wilson Boulevard, 21st Floor
Arlington, VA 22209-3939

Phone: (202) 693-940
Fax-on-demand: (202) 693-940
Technical (web) questions: Webmaste
Contact U



**U.S. Department of Labor**
Mine Safety and Health Administration
Protecting Miners' Safety and Health Since 1978

www.msha.gov                          Search MSHA            Advanced Options | Help
En Español

MSHA News Release No. 98-0421
Mine Safety and Health Administration
Contact: Katharine Snyder or Rodney Brown
Phone: (703) 235-1452

**Mining Community Notified of Problems With Mine Breathing Device**

The Labor Department's Mine Safety and Health Administration (MSHA) is notifying all users of the Ocenco EBA 6.5 self-contained self-rescuer (SCSR) of two identified problems that require new instructions so miners can effectively use the device in an emergency. Users need to be aware of revised donning instructions and the possibility of encountering increased breathing resistance when exhaling. The devices will still provide protection in case of a mine fire or explosion.

"A routine audit found problems with some of these devices that can affect their performance, and we are taking action to protect the miners," said Davitt McAteer, assistant secretary of labor for mine safety and health. "Although the identified problems will require long-term corrective action, the devices will still provide protection and should be used in a mine emergency. Meanwhile, miners need to be aware of the current instructions so they can use the devices effectively if needed."

The problems with the Ocenco EBA 6.5 SCSR were initially identified in two units obtained during a routine audit conducted by the National Institute for Occupational Safety and Health (NIOSH). Subsequently, NIOSH and MSHA, in the presence of the manufacturer, identified similar problems when 20 additional devices were tested. About 19,000 Ocenco EBA 6.5 SCSR devices are in use in the coal mining industry.

MSHA has issued a notice to operators of approximately 140 underground coal mines where Ocenco EBA 6.5 SCSR's are used. In addition, MSHA inspectors are visiting all these mines to assure that all affected miners receive this information.

Miners and mine operators are being notified that procedures for opening the EBA 6.5 SCSR, as outlined in the current user's manual, are not adequate to assure the miner could quickly and easily open the device. Even with the defect, the devices are operative; however, the device can be opened more quickly and easily by using both hands and pulling sharply on the two straps, one on the canister's back and the other on the canister's cover.

All mine operators who use the EBA 6.5 SCSR are required to train miners before their next underground shift in the correct procedures for quickly and easily opening the device. Any EBA 6.5 device that has broken or missing handle loops should be removed from service. MSHA has located all the problematical devices with one strap, and is requiring the manufacturer to take corrective action.

Miners and mine operators also are being notified that excessive breathing resistance during exhalation may affect some EBA 6.5 self-contained self-rescue devices. Although the breathing resistance is above the permissible limits, testing indicates that the device will still provide protection and should be used in an emergency.

Mine operators are required to inform all affected miners of the potential for encountering increased breathing resistance, and to instruct miners that the device will continue to provide protection, should be used in an emergency, and should not be removed in an oxygen-deficient atmosphere.

MSHA and NIOSH are working with Ocenco, Inc., on revisions to the current user's manual to detail the correct procedures for opening the device. As a condition of continued certification of the EBA 6.5 device for use in the mining industry, MSHA and NIOSH also have required that Ocenco determine the cause of the increased breathing resistance, identify the number and location of affected devices, and take appropriate measures adequately addressing this issue as quickly as possible.

"MSHA and NIOSH are continuing to look into these concerns, and we will keep the mining community informed," McAteer said.

All underground coal mine operators are required to provide SCSR's to each underground miner for use in an emergency. The devices are intended to provide one hour of protection to underground miners against toxic or unbreathable atmospheres in case of a mine fire or explosion.

All SCSR devices are required to be certified by NIOSH and MSHA for use in the mining industry. Under a regular audit program, NIOSH each year randomly tests SCSR devices obtained from underground mines or from various SCSR manufacturers or distributors.

Back to Top                      www.msha.gov                                    www.dol.go

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Accessibility | Privacy & Security Statement | Disclaimers

**Mine Safety and Health Administration (MSHA)**
1100 Wilson Boulevard, 21st Floor
Arlington, VA 22209-3939

Phone: (202) 693-940
Fax-on-demand: (202) 693-940
Technical (web) questions: Webmaste
Contact U



**U.S. Department of Labor**
Mine Safety and Health Administration
Protecting Miners' Safety and Health Since 1978

www.msha.gov                                   Search MSHA        [Go] Advanced Options | Help
En Español

MSHA News Release No. 98-1203
**Mine Safety and Health Administration**
**Contact: Rodney Brown**
**Phone: (703) 235-1452**

**Released Thursday, December 3, 1998**

*MSHA Calls Attention to Problem with Emergency Breathing Device*

The Department of Labor's Mine Safety and Health Administration (MSHA) is alerting the mining community about a potential problem with certain self-contained self-rescue breathing devices typically used by underground miners. Som self-contained self-rescue units (SCSR's) manufactured by the CSE Corporation have been found to emit higher-than-normal levels of carbon dioxide in the air supplied to the user.

MSHA emphasizes that these devices should still be used in an emergency. The units will supply oxygen and provide the wearer with protection from harmful gases in the mine air. The higher-than-normal levels of carbon dioxide in the air supplied to the user may cause users to breathe faster and more deeply while using the device. .

"It's important that all in the mining industry who use these devices be aware of the problem they may encounter," said Davitt McAteer, assistant secretary of labor for mine safety and health. "Users who are unaware of the problem, if it occurs, may become frustrated with the device during a real emergency and discard it rather than use it to escape. That mistake could be fatal. All miners should know that once you have donned an SCSR, you should never remove it until you are in fresh air."

The devices which have been found to have the problem are some CSE SR-100 Self-Contained Self-Rescuers manufactured by CSE Corporation bearing the MSHA/NIOSH approval number TC-13F-239. SCSR's are intended to provide the user with one hour of fresh air in case of an emergency such as a fire or explosion underground which may release toxic gases into the mine air.

"We do not yet know how many of the breathing devices have the problem," said McAteer. "We are continuing to investigate the matter carefully and will keep the mining community informed."

CSE Corporation has suggested that the devices most likely to have higher-than-normal carbon dioxide levels are those that have been exposed to excessive shock and vibration over an extended time.

Both MSHA and the National Institute for Occupational Safety and Health (NIOSH) are conducting laboratory tests to determine the cause of the problem and to identify accurate methods to identify individual breathing devices that have the problem.

A letter being distributed to miners and mine operators about the problem with certain CSE SR-100 self-contained self rescuers can be found on MSHA's home page on the World Wide Web at www.msha.gov.

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Accessibility | Privacy & Security Statement | Disclaimers

**Mine Safety and Health Administration (MSHA)**
1100 Wilson Boulevard, 21st Floor
Arlington, VA 22209-3939

Phone:    (202) 693-940
Fax-on-demand: (202) 693-940
Technical (web) questions: Webmaste
Contact U

**CONTACT: KATHARINE SNYDER**
**PHONE: (703) 235-1452**

### *Extent of Problems Under Investigation*
**MSHA Alerts Mining Community on Self-Rescue Devices**

The Mine Safety and Health Administration (MSHA) is alerting the mining community to possible problems with certain self-contained self-rescue breathing units required in underground coal mines. Eight CSE SR-100 self-rescue units manufactured in 1991 through 1993 were found to have deteriorated hoses.

"We're moving rapidly to determine the extent of the problem," said Davitt McAteer, assistant secretary of labor for mine safety an health. "MSHA is working cooperatively with all parties, including the manufacturer, industry and labor organizations and the National Institute for Occupational Safety and Health. We will provide the mining community with more information, including corrective actions, as rapidly as possible."

MSHA began its investigation into the CSE units after a miner opened a SCSR unit during a recent fire and discovered a deteriorated breathing hose. Immediately, tests were begun on 242 similar units and seven more deteriorated hoses were found. Intensive tests are continuing.

McAteer said that tests so far had not determined the cause of the deteriorated hoses. Possible factors may include exposure to heat, age or the type of material used for the hose. All units so far found to have problems were manufactured before 1994.

"As soon as we found the problem, we took action," McAteer said. "We're now checking hundreds of units to determine the extent of the problem. Upon completion of testing, the manufacturer will be informed of deficiencies that are found. At the same time, we are moving to establish an emergency temporary standard addressing service life and periodic testing to eliminate this type of problem. "

Visual inspections generally do not reveal any hose problems. The agency emphasized that mine operators should perform regular, thorough inspections of their SCSR units and remove from service any units with detectable damage.

MSHA advises that where possible, mines using the CSE SR-100 units should replace older units with newer ones and place extr SCSR units on each mining section. The agency expects to have further information available for the mining community within a few days.

Federal mining regulations require that all underground coal miners be supplied with a breathing device that will provide at least one hour of oxygen in a mine emergency such as a fire or explosion.

# # #



**U.S. Department of Labor**
Mine Safety and Health Administration
Protecting Miners' Safety and Health Since 1978

www.msha.gov          Search MSHA          Advanced Options | Help
En Español

MSHA News Release No. 2000-0623a
Mine Safety and Health Administration
Contact: Rodney Brown/Kathy Snyder

Phone: (703) 235-1452

Released Friday, June 23, 2000

**Mining Community Notified of Problems With Emergency Breathing Device**

   The Labor Department's Mine Safety and Health Administration (MSHA) is notifying all users of the Draeger OXY-K-Plus self-contained self-rescuer (SCSR) that a number of units have been found with chemical contamination in the breathing circuit that could render the devices unusable in an emergency. MSHA is requiring all underground mines relying on the Draeger units to identify the defective units and immediately remove them from service.

   "We have found problems with several units of this model that made them effectively useless and dangerous to use, and we are taking action to protect the miners," said Davitt McAteer, assistant secretary of labor for mine safety and health. "We have consulted with the manufacturer and have determined how to identify the defective units. This information is being shared with all mining operations using the Draeger units so that the devices may be immediately replaced with properly working self-contained self-rescuers."

   Based on examinations and discussions with Draeger, it has been determined that defective units may be identified by shaking the device and listening for any noise coming from inside of the unit. Draeger units in serviceable condition will not make any noise when the unit is shaken. In addition, users should follow the "check list" of usage requirements listed in the unit's manual and remove any unit failing to meet these requirements. Draeger units with missing parts, including the belt plate and clamping strap, must be replaced.

   Draeger is issuing a user notice to all users of the device which advises them to immediately examine and replace any units that do not meet the three requirements stated above.

   Significant contamination by potassium superoxide was found in the breathing circuit of five Draeger units obtained during an audit of the units conducted by the National Institute for Occupational Safety and Health (NIOSH). Later, additional units obtained from different mines showed the potassium superoxide contamination. The tested devices were manufactured from 1993 to 1997.

   The Draeger self-rescuer units are designed to contain potassium superoxide, but significant amounts of the chemical should never be in the breathing circuit. If a miner tried to use a contaminated unit, it could cause coughing and chemical burns to the mouth and throat.

   MSHA personnel, as well as representatives from Draeger, will immediately begin on-site inspections of the Draeger units to assist mine operators in identifying those devices that must be removed from service. The on-site inspections are expected to be completed in two weeks. Mine operators or contractors that choose to purchase other approved SCSRs as replacements for the Draeger units must obtain a purchase order for an adequate number of replacement devices to be delivered on or before July 8.

   About 2,400 Draeger OXY-K-Plus units are devices are in use in the U.S. coal industry. MSHA has notified the operators of the approximately 45 U.S. coal mines of the problem by telephone.

All underground coal mine operators are required to provide SCSR's to each underground miner for use in an emergency. The devices are intended to provide one hour of breathable air to protect underground miners against the toxic gases that contaminate the air during a mine fire or explosion.

All SCSR devices are required to be approved by NIOSH and MSHA for use in the mining industry.

Back to Top                    www.msha.gov                    www.dol.go

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Accessibility | Privacy & Security Statement | Disclaimers

**Mine Safety and Health Administration (MSHA)**
1100 Wilson Boulevard, 21st Floor
Arlington, VA 22209-3939

Phone:    (202) 693-940
Fax-on-demand: (202) 693-940
Technical (web) questions: Webmaste
Contact U