# United Mine Workers of America



CECIL E. ROBERTS
INTERNATIONAL PRESIDENT

TELEPHONE
(703) 208-7220
FAX (703) 208-7132

UNITED MINE WORKERS' HEADQUARTERS
8315 LEE HIGHWAY
Fairfax, VA
22031-2215

May 1, 2006

**Via Telefax (202/693-9401)**

David Dye, Acting Assistant Secretary of Labor
   for Mine Safety and Health
U.S. Department of Labor
1100 Wilson Blvd., 21st Floor
Arlington, VA 22209

Re:   Self-Contained Self-Rescuers

Dear Mr. Dye:

On behalf of coal miners throughout the country, I urge MSHA to initiate a comprehensive review of the reliability of self-contained self-rescue ("SCSR") breathing devices, and to enhance the training for their use. Based on the letter that Randall McCloy, Jr. sent to the families as well as testimony of miners who successfully evacuated the Sago mine there is evidence that there were problems with the use of some of the SCSR's at the Sago Mine on January 2nd. Based on those public reports we feel it is essential that MSHA implement a nationwide review of the SCSR's currently in use.

Seven years ago, MSHA considered implementing rulemaking to address SCSRs, and MSHA and NIOSH convened a joint conference to study SCSR devices. These efforts responded to reports that SCSRs were not being donned properly in emergency situations and that training on SCSRs may not be adequate, as well as concerns that the harsh mine environment might contribute to units not functioning properly and that shelf life approvals may need to be shortened. Questions were also raised about whether MSHA should require additional caches of SCSRs. These concerns were all included in the Agency's Advance Notice of Proposed Rulemaking printed at 64 Fed. Reg. 36632 (July 7, 1999).

The door to such SCSR rulemaking was closed when this matter was withdrawn from MSHA's semi-annual regulatory agenda in September 2001. Nevertheless, nothing has changed to improve SCSRs or their use and the very same concerns remain today.

**EXHIBIT 3**

Mr. David Dye
May 1, 2006
Page Two

    It appears that inadequate supplies of emergency oxygen contributed to the deaths of the Sago miners. Mr. McCloy's letter specifically noted problems the Sago miners had in using SCSRs. Whether it was because the trapped miners could not properly don their SCSRs or some other reason, miners working in 2006 have reason to be concerned about whether <u>they</u> will be able to successfully use SCSR if an emergency confronts them. MSHA has known about these concerns for many years; this year's coal mining tragedies only serve to prove that MSHA must take a more aggressive posture to protect and enhance miners' health and safety.

    Because miners must be able to rely on SCSRs that function properly 100% of the time, I urge you to both implement procedures for nationwide testing of SCSRs to determine if the units are reliable (and require that immediate replacements be procured, if necessary) and to require additional training of all active miners on proper SCSR use.

                                              Sincerely,

                                              Cecil E. Roberts