IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA,<br>INTERNATIONAL UNION,<br>8315 Lee Highway, Fairfax, VA 22031,<br><br>          Plaintiff,<br>v.<br><br>David Dye, Acting Assistant Secretary,<br>Mine Safety and Health Administration,<br>U.S. Department of Labor,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DENNIS BRYAN O'DELL

1. I, Dennis Bryan O'Dell, pursuant to 28 U.S.C. Section 1746, hereby declare under penalty of perjury the following:

2. I am the Administrator of the Department of Occupational Health and Safety of the United Mine Workers of America, International Union ("UMWA").

3. Over a period of years, there have been serious problems with various self-contained self-rescuers ("SCSR"), including a number of notices and recalls; MSHA issued a number of warnings and notices about different SCSR malfunctions. See Exhibit 1 to ~~Verified Complaint~~ *Motion for Preliminary Injunction*.

4. Randal McCloy, the sole survivor among the 13 miners trapped in the Sago mine in early January, 2006, sent a letter to the families of the 12 miners who died at Sago, and that letter was published in the Charleston Gazette on April 28, 2006. In his letter, Mr. McCloy stated that "at least four of the [twelve] rescuers did not function." See Exhibit 2 to ~~Verified Complaint~~ *Motion for Preliminary Injunction*.

5. Reports about self-rescuers malfunctioning in mine emergencies earlier this year,

**EXHIBIT 5**

including the fatal accidents at Sago, the Alma Aracoma mine in West Virginia, and the Darby mine in Kentucky, have appeared in various newspapers throughout the country, including the New York Times, the Charleston Gazette and the Louisville Courier-Journal.

6.  Many of the coal miners the UMWA represents, with whom I have spoken throughout the country, have heard about the SCSR failures of miners killed this year, and have told me they are worried about whether the self-contained self-rescuer they carry will function if they must don it in a mine emergency.

7.  There are different kinds of MSHA and NIOSH-approved SCSRs: some provide chemicals that create oxygen ("chemical units", manufactured by CSE, Draeger and MSA), while others directly provide oxygen on demand, such as those manufactured by Ocenco. At the Sago, Alma Aracoma and Darby mines, the operator provided miners with the CSE SR-100 chemical units. The chemical units can feel very hot to the lips when a miner uses it, to the point of causing blisters, even when it is effectively providing oxygen. Moreover, when a miner begins breathing through any SCSR (but especially the chemical units), there is substantial resistance such that the miner may have the impression that the unit is not providing the needed oxygen. Unless a miner experiences these sensations, he may not appreciate that the SCSR is providing critical assistance in the noxious atmosphere; he thus may be inclined to remove the SCSR after feeling the resistance or very high temperature, thereby jeopardizing his survival. Moreover, an alarming problem with the chemical units is that if they fail to activate during donning, miners must manually activate ("cold start") the units by blowing three or four breaths of fresh air into the unit to get it started. However, a cold start can only be accomplished in fresh air. Years of experience has shown that miners often are already in a smoke-filled or carbon monoxide-

contaminated environment when they don their SCSR, and they cannot reach fresh air to cold start a chemical unit that has not begun to generate oxygen in donning.

8. Informal, voluntary spots that operators have performed within the last month, and results of which they have advised me, reveal that the MSHA and NIOSH-approved SCSRs currently available for miners' use do **not** provide the requisite one hour's worth of oxygen. In particular, an operator that uses chemical units told me that the first unit random checked provided the miner with only 18 minutes of oxygen, when tested in a non-emergency setting. That operator then checked three units (again chemical units) at another mine: these units provided 40-45 minutes of oxygen each. At the third mine, the operator tested three more chemical units: of the three one provided approximately 51 minutes of oxygen, one was not useable due to a ruined hose, and one unit worked for a little more than 10 minutes when the bag collapsed, after which it was cold started again and worked for a short while before stopping again. Another operator, one that uses oxygen units, has advised me that it has sampled units too and has learned that miners' routinely "over-breathe", even in non-emergency settings, thereby reducing the usefulness of even functional SCSR units.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

*Dennis Bryan O'Dell*
Dennis Bryan O'Dell

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX, ss.
Subscribed and sworn to before me
this 7th day of June, 2006.

LAURA MAE ANDERSON
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JAN. 31, 2008