Case 1:06-cv-01053-JDB   Document 2-7   Filed 06/08/2006   Page 1 of 2


The Courier-Journal  Louisville, Kentucky

Print this article | Go back

Monday, May 22, 2006

## Breathing units at Darby mine same as those at Sago
Harlan miner questioned reliability

**Associated Press**

HOLMES MILL, Ky. — The men who died from carbon monoxide poisoning at an Eastern Kentucky coal mine were using the same air pack model as the Sago Mine disaster victims, even though the lone survivor had questioned the reliability of the devices about a month ago.

Holly McCoy, spokeswoman for the Kentucky Office of Mine Safety and Licensing, said the self-contained self-rescuers, or SCSRs, used Saturday were the exact models the Sago miners were using: CSE SR-100.

Citing preliminary tests, a coroner said Sunday that three of the five Kentucky miners who died in a Harlan County mine Saturday survived the initial blast but succumbed to carbon monoxide. A sixth miner made it out alive.

David Dye, acting administrator of the U.S. Mine Safety and Health Administration, said in a statement Monday that the air pack of Kentucky's survivor had worked properly.

"Rescue workers who encountered the survivor during his escape independently corroborated that the survivor was using his SCSR when they encountered him," Dye said.

The federal agency said Monday that the explosion's cause remained under investigation. But it also said rescuers reported that seals used to close off a previously mined area did not withstand the blast.

Because of that information, the agency said it was issuing a moratorium on the type of seals used at the Kentucky min and at Sago, and would require solid, concrete-block seals while the issue is under review.

"MSHA will require that coal-mine operators immediately examine the structural integrity of all of their alternative seals and test the atmosphere behind these seals to protect against hazardous conditions for miners," Dye said.

Gov. Ernie Fletcher said he has issued an order requiring all underground coal mines that use similar seals to monitor methane more closely to determine if the seals are leaking.

In addition, Fletcher said the Kentucky Office of Mine Safety and Licensing has issued a safety bulletin to remind coal miners to check their SCSRs to ensure they are working properly. The devices are equipped with indicator that is blue when they're working properly, red, pink or white when they are not.

Paris Thomas Jr., 35, Roy Middleton, 35, and George Petra, 49, died of carbon monoxide poisoning, Harlan County Coroner Philip Bianchi said. Amon Brock, 51, and Jimmy D. Lee, 33, died of blunt force and heat injuries.

The autopsy findings infuriated several victims' relatives, including Middleton's wife, Mary.

"It makes me upset that he smothered to death," she said. "They need to have more oxygen for them."

Jeff Ledford, whose brother Paul was the lone survivor, has disputed MSHA's assertion that his brother's air pack was working. He repeated Monday that his brother told him his SCSR worked for only five minutes.

http://www.courier-journal.com/apps/pbcs.dll/article?Date=20060522&  *EXHIBIT 6*

Randal McCloy Jr., the lone survivor of the Sago disaster that killed 12 miners in January, said in a letter to the victims families last month that at least four of his crew's air packs had failed, forcing the men to share what little oxygen they had as the mine filed with smoke and carbon monoxide.

Scott Shearer, president of CSE, the Pennsylvania company that makes the air packs, was unavailable for comment Monday, a receptionist said.

Kentucky legislators responding to the deadly accidents at mines across the country, including the Sago blast, passed a measure requiring mines to store breathing devices underground and to set up lifelines to help miners find their way ou But the law does not take effect until July.

State Rep. Brent Yonts, D-Greenville, called Monday for an interim legislative committee to conduct hearings in the coalfields to hear from miners and their families to find ways state government can help make coal mining safer.

Yonts sent a letter to legislative leaders asking for the public hearings to gather information that can be used to draft mine safety legislation.

The Kentucky law requires additional air packs along escape routes in all underground coal mines.

Yonts said Harlan County mine tragedy may spur legislators to implement even stronger laws to ensure the safety of miners. fields to gather suggestions from miners and their families on how to make mining safer.

A U.S. Senate panel last week approved a bill that would require miners to have at least two hours of oxygen available instead of one as required under the current policy. It also would require mine operators to store extra oxygen packs along escape routes.

MSHA recently issued a temporary rule requiring coal operators to give miners extra oxygen, but miners and their advocates have been pressing Congress for a permanent fix.

Bill Caylor, president of the Kentucky Coal Association, said mining companies have placed so many orders for additional air packs that it could take manufacturers two years to fill the demand.

The underground mine, about 250 miles southeast of Louisville near the Virginia border, is operated by Kentucky Darby LLC. Company officials have declined to comment since the explosion Saturday. Calls to the mine office went unanswered Monday afternoon.

It was the deadliest mining incident in the state since 1989, when 10 miners died in a western Kentucky mine blast, stat officials said.

The national death toll from coal mining accidents this year is 31, with 10 of them in Kentucky. That is up from a total of 22 in all of 2005.

Mark York, spokesman for state Office of Mine Safety and Licensing, said investigators now believe the explosion occurred at about 1 a.m. Saturday, some 2,825 feet inside the mine.

Ledford was found about two hours later, 1,975 feet inside the mine, York said. York said he was wearing the SCSR device when the rescue crew encountered him.

Print this article | Go back