# MetroNews — The Voice of West Virginia

**What to look for on MetroNews**
The State's Top Sports Stories on The Metronews Statewide Sportsline
Tuesday, May 23 at 06:06 PM.

>> View Guest Schedule

05/23/2006 · 08:41AM | People | Affiliates | Contact Us | Programs | Pikewood Creative | Affiliate Intranet | Advertising Info

**HOME**

Sports Now!
- 'Salute To The Seniors' Lithograph Available
- WVU Baseball Team Headed To Big East Tourney
- Seven WVIAC Players All-Region Notice
- WVU To Participate In The ESPNU Classic
- Manchin to Start Coca-Cola 600

MetroNews Poll

brought to you by:

UNITED BANK — WEST VIRGINIA'S BANK


West Virginia Lottery

LISTEN NOW! Click here

05/22/2006

## McAteer Says Oxygen Devices Need More Testing

🔊 Click Here to listen to the LIVE audio

**Staff**
**Charleston**

HEAR CNN COMMENTS FROM DAVITT McATEER BY CLICKING "LIVE AUDIO" ICON ABOVE.

The lead investigator for the Sago Mine Disaster says reports of the ineffectiveness of rescue breathers at Sago and at the Darby Mine in Kentucky this weekend cannot be ignored.

"What it's suggesting is that the device (emergency oxygen) may well work in the laboratory but when you put it in a crisis situation underground, either the device has some problem or else the training has some problem," Davitt McAteer said in an interview with CNN on Monday morning.

Early autopsy reports on the five coal miners who died at the Darby Mine in Southeastern Kentucky over the weekend show that three of those men had survived the initial blast but died after inhaling dangerous levels of carbon monoxide.

The only man who made it out, Paul Ledford, told his family that his rescue breather that was supposed to provide him with an hour's worth of oxygen lasted for five minutes.

McAteer says the issue needs to be addressed. He suggests a random sampling of 1% of the rescue breathers at use in the country. "The industry, itself, has to come to grips with it and say, 'Look we need to make these changes.' If we need to buy different devices that are used for training, then we need to purchase those devices."

In many cases, McAteer says the rescue breathers that miners are required to carry, providing an hour's supply of oxygen, are not fully tested in real-life situations. " I think someway we need to make a dramatic statement that this needs to be changed," McAteer told CNN.

In a letter to family members of those who died at the Sago Mine in Upshur County in January, survivor Randy McCloy, Junior wrote that the men shared the emergency oxygen they had because four of the rescue breathers were not working.

Twelve men died at the Sago Mine on January Second, only one of those men died from the initial impact of the explosion.

**Log Into All Access**
**Learn About All Access**

**MetroNews Today**
- Huntington Murders Marked With Vigil
- Obama Coming To Charleston
- Plea in RESA Embezzlement
- A Decade of Excellence 🔊
- One Year Sentence In Dog Mauling Case 🔊
- McAteer Says Oxygen Devices Need More Testing 🔊
- Rockefeller Says MINER Act Needs Rapid Approval 🔊
- Tax Commissioner Reviews Audit 🔊
- Treasurer Will Direct Retirement Plan
- West Virginia Feels Kentucky's Pain 🔊

**Hoppy's Commentary**

Hoppy's Commentary For Tuesday May. 23, 2006
-- Do You Believe In Miracles?
Full Story
Past Commentaries

OLD COLONY COMPANY, REALTORS · GMAC Real Estate

**EXHIBIT 7**