```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED MINE WORKERS OF AMERICA,    )
   INTERNATIONAL UNION             )
   8315 Lee Highway                )
   Fairfax, VA 22031,              )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )  Civil No. 06-1053 JDB
                                   )
DAVID DYE,                         )
   Acting Assistant Secretary,     )
   Mine Safety and Health Admin.   )
   U.S. Department of Labor        )
                                   )
   Washington, D.C.                )
                                   )
        Defendant.                 )
                                   )
```

PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the federal defendant David Dye in this case.

```
                    _____
                    MARINA UTGOFF BRASWELL, D.C. BAR #416587
                    Assistant United States Attorney
                    U.S. Attorney's Office
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 514-7226
```