IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, 8315 Lee Highway, Fairfax, VA 22031, | ) ) ) ) ) |
| Plaintiff, | ) Case No. 1:06CV010503 |
| v. | ) ) |
| David Dye, Acting Assistant Secretary, Mine Safety and Health Administration, U.S. Department of Labor, | ) ) ) ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF RAY McKINNEY

1. I, Ray McKinney, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am the Administrator for Coal Safety and Health of the Mine Safety and Health Administration ("MSHA"), and I am responsible for oversight of MSHA's action plan which addressed proper SCSR training and the functionality of SCSRs. I am also responsible for oversight of the MSHA accident investigations concerning the explosion at the Sago Mine in Tallmansville, West Virginia, on January 2, 2006; the conveyor belt fire at the Aracoma Alma Mine No. 1 in Melville, West Virginia, on January 12, 2006; and the

ATTACHMENT A

explosion at the Darby Mine No. 1 in Harlan County, Kentucky, on May 20, 2006.

3. Self-contained self-rescuers ("SCSRs") are devices which aid in the escape from mine fires, explosions, and other incidents where an irrespirable mine atmosphere is present. An SCSR is a closed-circuit breathing device that contains either an independent supply of oxygen, or chemicals, such a potassium superoxide, which react to form breathable oxygen. Because SCSRs function in a closed circuit, they enable persons to breathe clean air in the presence of hazardous or life-threatening contaminants in the mine atmosphere.

4. MSHA and the National Institute for Occupational Safety and Health ("NIOSH") have a continuing testing program in place, where they remove a number of SCSR units each year to evaluate the durability or reliability of SCSR models.

5. On January 2, 2006, an explosion at the Sago Mine in Tallmansville, West Virginia resulted in 12 fatalities. On January 12, 2006, a fire on the conveyor belt drive at the Aracoma Alma Mine No. 1 in Melville, West Virginia, resulted in 2 fatalities. On May 20, 2006, 5 miners died following an explosion at the Darby Mine No. 1 in Harlan County, Kentucky.

6. MSHA began implementing an SCSR action plan on April 27, 2006. As part of the action plan, MSHA has been actively arranging as many mine visits as possible. MSHA inspectors are monitoring SCSR training and functionality by observing mine operators' hands-on training for donning the SCSRs during the quarterly Mine Emergency Evacuation drills held at the mine. In doing so, inspectors are evaluating the donning process and procedures, and whether operators are conducting the training adequately. In addition, MSHA inspectors have also been observing and monitoring the operator's functionality tests and reporting their observations in a central data base.

7. Although the accident investigations for the Sago Mine, the Aracoma Alma No. 1 Mine, and the Darby Mine are not complete, MSHA's preliminary data shows that the SCSRs that were recovered at all three mines worked as designed because they all had been activated and they all produced oxygen.

8. At the Sago Mine, 24 SCSRs, which were found in underground portions of the mine, have been tested. Preliminary tests indicate that the SCSRs had been activated and produced oxygen.

9. During its investigation, MSHA has interviewed many of the miners who survived the Sago accident. A miner on the

3

1st Left crew, which evacuated the mine successfully after the explosion, explained that he had problems with the mouthpiece on the SCSR and that he had false teeth. He also had some difficulty removing the tab on the seal band at the top of the SCSR. The miner further explained that the SCSR did activate and he was able to breathe. No other miners reported significant problems with their SCSRs. Another miner indicated that he had trouble breathing at first when the bag did not inflate; however, when he blew into the bag, it did activate and function. Such action is in accordance with standard training steps when the pull cord does not initially activate the system.

10. The sole survivor of the crew at the Sago mine, who did not evacuate, prepared a letter after the accident describing problems with the SCSRs. However, he has not been able to meet with investigators to provide any details. Moreover, the account in his letter conflicts with the physical evidence found in the mine. The evidence establishes that the exact location where the SCSRs were activated was about 1,330 feet from where the survivor claimed they were activated.

11. MSHA's preliminary conclusion is that SCSRs at the Sago mine were deployed by the crew, and in some cases the victims' canisters had remaining oxygen-producing

4

capability. Although the SCSRs had been deployed, the oxygen supplies would not have been fully exhausted if the miners donned the devices too late after the accident or if they removed the devices to talk or in response to breathing resistance or heat. If they did so, they may have suffered fatal carbon monoxide poisoning prior to fully exhausting the SCSRs.

12. At the Aracoma Alma No. 1 Mine, the sworn testimony of survivors indicates that all of the crewmembers working near a belt fire donned SCSRs. All but two of the miners were able to evacuate the mine. Miners reported that the SCSRs were successfully deployed by the entire crew, with the exception of one miner who stated to the other crew members that he had difficulty donning the SCSR.

13. Laboratory tests indicated that all of the SCSRs were properly activated at the Aracoma Alma No. 1 Mine and that all of the tested units showed some degree of use. The miner who initially had difficulty donning the device died, but he had successfully activated the device and was able to travel some distance toward the mine's exit. The deceased miner's SCSR was found floating in standing water, so the remaining oxygen-producing capacity at the time of death could not be determined. The second miner who died in the evacuation had separated from the remainder of the

crew, but his SCSR was deployed, and he was wearing it when he died with 85 percent of the oxygen-generating chemical consumed.

14. With respect to the Darby Mine, the testimony of the surviving miner indicates that after an initial explosion, the crew of four working near the explosion donned their SCSRs. The survivor testified that no one had difficulty donning the SCSR or causing it to function. Nevertheless, three of the four miners were unable to evacuate, while the survivor followed a high voltage cable to safety.

15. Test results on the SCSRs deployed at the Darby Mine are not final. However, preliminary tests, subject to confirmation, show that all of the SCSRs were activated, all of the components were present, and the SCSRs produced oxygen. The tests also showed that the SCSRs were subject to differing levels of use.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

*Ray McKinney* (signature)
Ray McKinney
Administrator for Coal Safety
and Health