**U.S. Department of Labor**     Mine Safety and Health Administration
1100 Wilson Boulevard
Arlington, Virginia 22209-3939



MAY 16 2006

Mr. Cecil Roberts
International President
United Mine Workers of America
8315 Lee Highway
Fairfax, VA 22031-2215

Dear Mr. Roberts:

This is in response to your May 1, 2006, letter concerning Self-Contained Self-Rescuers (SCSRs). You believe that, based on Mr. Randal McCloy's letter to the families of the deceased Sago miners, there were problems with the use of the SCSRs at the Sago Mine on January 2, 2006. Your letter urges the Mine Safety and Health Administration (MSHA) to initiate a comprehensive review of the reliability of these devices and enhancement of training for their use in underground coal mines. Your letter also mentions the Agency's Advanced Notice of Proposed Rulemaking (ANPRM) published in the Federal Register in July 1999 (64 FR 36632). Finally, you state that your concerns about donning SCSRs in emergencies and inadequate training, among other issues, continue to be the same today as when the Department of Labor withdrew the ANPRM from MSHA's regulatory agenda in September 2001.

As you know, MSHA is still in the process of investigating the Sago mine accident. It would be premature at this time for the Agency to speculate on the cause or causes of that accident. As part of the investigation, MSHA will thoroughly evaluate the quality and adequacy of SCSR training for miners before the accident, and make recommendations based on the findings of the investigation. As stated at the Sago public hearing, MSHA and the National Institute for Occupational Safety and Health (NIOSH) test results support the conclusion that all of the Sago SCSRs were working. The tests results demonstrate that the various SCSRs were used to approximately 25 percent to 75 percent of their capacity. We will continue to explore this area of concern and hope in the near future to be able to meet with Mr. McCloy to discuss his recollections in more detail.

MSHA has developed and is implementing an action plan to address proper training on SCSRs and functionality of the devices. First, the action plan includes a joint MSHA and State of West Virginia effort to ensure that miners are properly trained and drilled in the proper procedures for donning and exchanging SCSRs. Inspectors will place

You can now file your MSHA forms online at www.MSHA.gov. It's easy, it's fast, and it saves you money!

ATTACHMENT B

Jun-19-06  01:48pm  From-DOL/SOL/MSH  2026939361  T-946  P.010/019  F-860
Case 1:06-cv-01053-JDB  Document 4-3  Filed 06/19/2006  Page 2 of 4

2

special focus on this effort during the regular inspection process as the new Emergency Temporary Standard (ETS) SCSR training requirements are implemented. MSHA will initiate this special emphasis program on a national basis. Second, MSHA and the State of West Virginia will actively monitor coal mine operators' testing of SCSR functionality as operators perform in-mine testing to determine locations of caches. MSHA will also conduct this monitoring nationally.

The ANPRM was withdrawn from the regulatory agenda in 2001 based on changing rulemaking priorities for MSHA and because during the two years that the item was included in MSHA's regulatory agenda under the prior Administration, no proposed rule was ever published by the Agency. However, in response to a key concern of that rulemaking, the evaluation of a shelf-life for SCSR models, MSHA and NIOSH entered into a long term project that monitors SCSR models and their performance at various intervals in their expected shelf-life.

MSHA's recently published ETS addresses some of the other issues raised in that ANPRM. The ETS requires an extra SCSR for each person to be stored in a readily accessible location. When these devices are not adequate to provide enough oxygen to safely evacuate the mine, the operator is required to provide additional SCSRs in the escapeways. The ETS also requires enhanced training in the donning and transferring of SCSRs. This training is required on a quarterly basis instead of only one time per year. In addition, the ETS asks for comments on whether a specification standard or a performance oriented standard is better to determine where additional storage caches should be located; whether it is appropriate to eliminate the use of filter self-rescuers; and whether mine operators should report to MSHA the inventory of SCSRs in use at each underground coal mine, as well as requiring the reporting of all incidents where SCSRs were used and when SCSRs did not function properly. MSHA will carefully evaluate all of the comments received in response to the ETS and will publish a final rule consistent with the need to provide safeguards and enhance requirements to allow miners to safely evacuate an underground coal mine during an emergency.

Thank you for your continuing interest in mine safety and health.

Sincerely,

*[signature: David D. Dye]*

David G. Dye
Acting Assistant Secretary for
Mine Safety and Health

# Joint Action Plan for Ensuring Proper SCSR Training and Functionality

- The Federal and State Investigation of Sago Mine Tragedy will thoroughly evaluate the quality and adequacy of SCSR training for miners before the incident and make recommendation as appropriate.

- MSHA and State of West Virginia inspectors will initiate a joint effort to ensure that miners are properly trained and drilled in the proper procedures for donning and exchanging SCSRs. Inspectors will place special focus on this effort during the regular inspection process as the new ETS SCSR training requirements are implemented. MSHA will also initiate this special emphasis program nationally.

- MSHA and the State of West Virginia will actively monitor coal operator testing of SCSR functionality as operators perform in-mine testing to determine locations of caches. MSHA will also conduct this monitoring nationally.

- When appropriate, MSHA will disclose the results of the joint NIOSH/MSHA testing of SCSRs used by miners following the Sago Mine explosion.

Discussion Items for District Conference Call
April 27, 2006

Issue – SCSR Training and Functionality

1. Inspectors need to monitor the operator's hands-on training for donning the SCSRs. This can be accomplished by observing, and possibly participating in the quarterly Mine Emergency Evacuation drills held at the mine.
   - Evaluate donning process and procedures; are operators conducting the training adequately?
   - Are inspectors equipped to monitor and evaluate?
   - Training and evaluation materials are available from EPD.

2. Logistics / Implementation
   - Window of Opportunity for monitoring operator's training
   - Initial push- we need to arrange as many mine visits as possible; contact mine operators for visits beginning next week and start visits possibly on Monday or Tuesday (May 1st/2nd)
   - Districts discuss with field offices tomorrow/Friday April 28.
   - If needed, in house session Monday or Tuesday.
   - Inspectors should arrange on-going or future regular E01 Inspection activities to include these drills and training.

3. To the extent feasible, inspectors also should observe and monitor the operator's functionality tests.
   - Many operators are or will soon begin conducting their functionality tests.
   - Location of caches / distances
   - Storage Plan review

4. Assistance
   - Partner with West Virginia
   - Expand to National Initiative to involve other states

5. HQ Action Plan provided to districts

MSHA ACTION PLAN _ATTACHMENT C, PAGE 02