30 C.F.R. § 48.5 Training of new miners; minimum courses of instruction; hours of instruction.

* * * * *
  (b) * * *

(2) Self-rescue and respiratory devices. The course shall be given before a new miner goes underground and shall include instruction and demonstration in the use, care, and maintenance of self-rescue and respiratory devices used at the mine. This training shall include:

(i) For the use of self-contained self-rescue (SCSR) devices: Hands-on training in the complete donning of all types of SCSRs used at the mine, which includes assuming a donning position, opening the device, activating the device, inserting the mouthpiece or simulating this task while explaining proper insertion of the mouthpiece, and putting on the nose clip; and

(ii) Hands-on training in transferring from one self-rescue device to an SCSR.

* * * * *

(5) Mine map; escapeways; emergency evacuation; barricading. The program of instruction for mine emergency evacuation plans and firefighting approved by the District Manager under 30 C.F.R. § 75.1502(a) or the escape and evacuation plan under 30 C.F.R. § 57.11053, as applicable, shall be used for this course. The course shall include a review of the mine map; the escapeway system; the escape, firefighting, and emergency evacuation plans in effect at the mine; and the location of abandoned areas. Also included shall be an introduction to the methods of barricading and the locations of the barricading materials, where applicable.

* * * * *

(e) Coal miners receiving training under this section shall participate in the next drill as required in §§ 75.383(b) or 75.1502(c) of this chapter, as applicable.

30 C.F.R. § 48.6 Experienced miner training.

* * * * *
  (b) * * *

ATTACHMENT C

(5) Mine map; escapeways; emergency evacuation; barricading. The program of instruction for mine emergency evacuation and firefighting approved by the District Manager under 30 C.F.R. 75.1502(a) or the escape and evacuation plan under 30 C.F.R. 57.11053, as applicable, shall be used for this course. The course shall include a review of the mine map; the escapeway system; the escape, firefighting, and emergency evacuation plans in effect at the mine; and the location of abandoned areas; and, where applicable, methods of barricading and the locations of barricading materials.

* * * *

(12) Self-rescue and respiratory devices. .The course shall be given before the miner goes underground and shall include instruction and demonstration in the use, care, and maintenance of self-rescue and respiratory devices used at the mine. .This training shall include:

(i) For the use of self-contained self-rescue (SCSR) devices: Hands-on training in the complete donning of all types of SCSRs used at the mine, which includes assuming a donning position, opening the device, activating the device, inserting the mouthpiece or simulating this task while explaining proper insertion of the mouthpiece, and putting on the nose clip; and

(ii) Hands-on training in transferring from one self-rescue device to an SCSR.

* * * *

(f) Coal miners receiving training under this section shall participate in the next drill as required in § § 75.383(b) or 75.1502(c) of this chapter, as applicable.

30 C.F.R. § 48.8 Annual refresher training of miners; minimum courses of instruction; hours of instruction.

* * * *
(b) * * *

(8) Self-rescue and respiratory devices. For underground coal miners subject to § 75.1502, the training required by paragraphs (i) and (ii) of this section are satisfied by meeting the requirements of § 75.1502. The course shall include instruction and demonstration in the use, care, and maintenance of self-

2

rescue and respiratory devices used at the mine. This training shall include:

(i) For the use of self-contained self-rescue (SCSR) devices: Hands-on training in the complete donning of all types of SCSRs used at the mine, which includes assuming a donning position, opening the device, activating the device, inserting the mouthpiece or simulating this task while explaining proper insertion of the mouthpiece, and putting on the nose clip; and

(ii) Hands-on training in transferring from one self-rescue device to an SCSR.

* * * * *

30 C.F.R. § 48.11 Hazard training.

(a) * * *

(4) Use of self-rescue and respiratory devices, including:

(i) Hands-on training in the complete donning of all types of SCSRs used at the mine, which includes assuming a donning position, opening the device, activating the device, inserting the mouthpiece or simulating this task while explaining proper insertion of the mouthpiece, and putting on the nose clip; and

(ii) Hands-on training in transferring from one self-rescue device to an SCSR; and

* * * * *

30 C.F.R. § 75.380 Escapeways; bituminous and lignite mines.

* * * * *
(d) * * *

(7) Provided with a continuous directional lifeline or equivalent device that shall be:

(i) Installed and maintained throughout the entire length of each escapeway as defined in paragraph (b)(1) of this section.

(ii) Made of durable material.

(iii) Marked with a reflective material every 25 feet.

3

  (iv) Located in such a manner for miners to use effectively to escape.

  (v) Equipped with directional indicators, signifying the route of escape, placed at intervals not exceeding 100 feet.

  (vi) Securely attached to and marked to show the location of any SCSR storage locations in the escapeways.

* * * * *

30 C.F.R. § 75.381 Escapeways; anthracite mines.

* * * * *
  (c) * * *

  (5) Provided with a continuous directional lifeline or equivalent device that shall be --

  (i) Installed and maintained throughout the entire length of each escapeway as defined in paragraph (b) of this section;

  (ii) Made of durable material;

  (iii) Marked with a reflective material every 25 feet;

  (iv) Located in such a manner for miners to use effectively to escape;

  (v) Equipped with directional indicators, signifying the route of escape, placed at intervals not exceeding 100 feet; and

  (vi) Securely attached to and marked to show the location of any SCSR storage locations in the escapeways.

* * * * *

30 C.F.R. § 75.1502 Mine emergency evacuation and firefighting program of instruction.

  (a) Approved program of instruction. Each operator of an underground coal mine shall adopt and follow a mine emergency evacuation and firefighting program that instructs all miners in the proper evacuation procedures they must follow if a mine emergency occurs.

(1) The approved program shall include a specific plan designed to instruct miners on all shifts on the following:

(i) Procedures for evacuating the mine for mine emergencies that present an imminent danger to miners due to fire, explosion, or gas or water inundation.

(ii) Scenarios of the various mine emergencies (fires, explosions, or gas or water inundations) and the best options for evacuation under each type of emergency. These options shall include conditions in the mine that will require immediate donning of self-rescue devices.

(iii) Procedures for evacuating all miners not required for a mine emergency response.

(iv) Procedures for the rapid assembly and transportation of necessary miners, fire suppression equipment, and rescue apparatus to the scene of the mine emergency.

(v) Operation of the fire suppression equipment available in the mine.

(vi) Location and use of firefighting equipment and materials.

(vii) Location of escapeways, exits, and routes of travel to the surface, including the location and use of continuous directional lifelines or equivalent devices.

(viii) Locations, quantity, types, and use of stored SCSRs, if applicable.

(2) The mine emergency evacuation instruction and drills shall be conducted by a person who is designated by the mine operator and who has the ability, training, knowledge, or experience to provide training to miners in his or her area of expertise. Persons conducting donning and transferring training shall be able to effectively train and evaluate whether miners can successfully don the SCSR and transfer to additional SCSR devices.

(3) The operator shall submit this program of instruction, and any revisions, for approval to the District Manager of the Coal Mine Safety and Health district in which the mine is located. Before implementing any new or revised approved provision, the operator shall instruct miners in the changes.

\* \* \* \* \*

(c) Mine emergency evacuation drills. Each operator of an underground coal mine shall require all miners to participate in mine emergency evacuation drills.

(1) Mine emergency evacuation drills shall be held at periods of time so as to ensure that all miners participate in such evacuations at intervals of not more than 90 days.

(2) For purposes of this paragraph (c), a mine emergency evacuation drill means that the miner shall travel the primary or alternate escapeway, from the working section or the miner's work station, to the surface or the exits at the bottom of the shaft or slope. An evacuation drill shall not be conducted in the same escapeway as the immediately preceding drill. At a minimum, this drill shall include:

(i) Physically locating continuous directional lifelines or equivalent devices and stored SCSRs;

(ii) Hands-on training in the complete donning of all types of SCSRs used at the mine, which includes assuming a donning position, opening the device, activating the device, inserting the mouthpiece or simulating this task while explaining proper insertion of the mouthpiece, and putting on the nose clip; and

(iii) Hands-on training in transferring from one self-rescue device to an SCSR.

(3) The operator shall certify by signature and date that the mine emergency evacuation drills were held in accordance with the requirements of this section. This certification shall include the names of the miners participating in each drill. Certifications shall be kept at the mine for one year and made available on request to an authorized representative of the Secretary, and to the representative of the miners.

(4) These mine emergency evacuation drills may be used to satisfy the evacuation specifications of the drills required by paragraph (b) of § 75.383 of this part.

(d) Each underground coal operator shall submit for approval a revised program of instruction to the appropriate District Manager no later than April 10, 2006. Within 2 weeks of program approval the operator shall train in accordance with the revised program.

30 C.F.R. § 75.1714-4 Additional Self-Contained Self-Rescuers.

(a) In addition to the requirements in § § 75.1714, 75.1714-1, 75.1714-2, and 75.1714-3, the mine operator shall provide for each person who is underground at least one additional SCSR device, which provides protection for a period of one hour or longer, to cover all persons in the mine.

(b) If a mantrip or mobile equipment is used to enter or exit the mine, additional SCSR devices, each of which provides protection for a period of one hour or longer, shall be available for all persons who use such transportation from portal to portal.

(c) When the SCSR devices otherwise required by paragraph (a) of § 75.1714 are not adequate to provide enough oxygen for all persons to safely evacuate the mine under mine emergency conditions, the mine operator shall provide additional SCSR devices in the primary and alternate escapeways. Under these circumstances, the mine operator shall submit an outby SCSR storage plan to the appropriate District Manager for approval. The mine operator shall include in the outby SCSR storage plan that is required by this paragraph, the location, quantity, and type of additional SCSR devices, each of which provides protection for a period of one hour or longer, that are stored in the primary and alternate escapeways. The outby SCSR storage plan shall also show how the storage location(s) in the primary and alternate escapeways was determined. The District Manager may require the mine operator to demonstrate that the location, quantity, and type of the additional SCSRs provide protection to all persons to safely evacuate the mine. The outby SCSR storage plan shall be kept current by the mine operator and made available for inspection by an authorized representative of the Secretary and by the miners' representative.

(d) All SCSR devices required under this section shall be stored in locations that are conspicuous and that are readily accessible by each person in the mine. In addition, all SCSR devices required under this section shall be stored according to manufacturers' instructions.

(e) A sign made of reflective material with the words "SELF-RESCUERS" shall be conspicuously posted at each storage location and direction signs made of a reflective material shall be posted leading to each storage location.