# Joint Action Plan for Ensuring Proper SCSR Training and Functionality

- The Federal and State Investigation of Sago Mine Tragedy will thoroughly evaluate the quality and adequacy of SCSR training for miners before the incident and make recommendation as appropriate.

- MSHA and State of West Virginia inspectors will initiate a joint effort to ensure that miners are properly trained and drilled in the proper procedures for donning and exchanging SCSRs. Inspectors will place special focus on this effort during the regular inspection process as the new ETS SCSR training requirements are implemented. MSHA will also initiate this special emphasis program nationally.

- MSHA and the State of West Virginia will actively monitor coal operator testing of SCSR functionality as operators perform in-mine testing to determine locations of caches. MSHA will also conduct this monitoring nationally.

- When appropriate, MSHA will disclose the results of the joint NIOSH/MSHA testing of SCSRs used by miners following the Sago Mine explosion.

MSHA ACTION PLAN
ATTACHMENT D —page 1

# Discussion Items for District Conference Call
## April 27, 2006

**Issue – SCSR Training and Functionality**

1. Inspectors need to monitor the operator's hands-on training for donning the SCSRs. This can be accomplished by observing, and possibly participating in the quarterly Mine Emergency Evacuation drills held at the mine.
   - Evaluate donning process and procedures; are operators conducting the training adequately?
   - Are inspectors equipped to monitor and evaluate?
   - Training and evaluation materials are available from EPD.

2. Logistics / Implementation
   - Window of Opportunity for monitoring operator's training
   - Initial push- we need to arrange as many mine visits as possible; contact mine operators for visits beginning next week and start visits possibly on Monday or Tuesday (May 1st/2nd)
   - Districts discuss with field offices tomorrow/Friday April 28.
   - If needed, in house session Monday or Tuesday.
   - Inspectors should arrange on-going or future regular E01 Inspection activities to include these drills and training.

3. To the extent feasible, inspectors also should observe and monitor the operator's functionality tests.
   - Many operators are or will soon begin conducting their functionality tests.
   - Location of caches / distances
   - Storage Plan review

4. Assistance
   - Partner with West Virginia
   - Expand to National Initiative to involve other states

5. HQ Action Plan provided to districts

MSHA ACTION PLAN – attachment D, page 2