IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, 8315 Lee Highway, Fairfax, VA 22031,       Plaintiff,    v. David Dye, Acting Assistant Secretary, Mine Safety and Health Administration, U.S. Department of Labor,       Defendant. | Case No. 1:06CV010503 |

## DECLARATION OF JEFFERY KRAVITZ

1. I, Jeffery Kravitz, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am the Chief Mine Emergency Operations and Special Projects in the Office of Technical Support of the Mine Safety and Health Administration.

3. I, along with the National Institute of Occupational Safety and Health (NIOSH), am responsible for testing all of the SCSRs that were recovered after the explosion at the Sago Mine in Tallmansville, West Virginia, on January 2, 2006; the conveyor belt fire at the Aracoma Alma Mine No. 1 in Melville, West Virginia, on January 12, 2006; and the

ATTACHMENT E

explosion at the Darby Mine No. 1 in Harlan County, Kentucky, on May 20, 2006.

3. Preliminary tests indicate that the SCSRs that were recovered at all three mines had been activated and produced oxygen.

4. In testing the recovered SCSRs, first a visual examination is conducted of the exterior of the SCSRs, and all associated parts. Next, the SCSR canister is cut open and observations and estimations are made regarding how much of the oxygen-producing chemical had been used. After these visual observations, laboratory tests are conducted by the SCSR manufacturer, with MSHA observers, to objectively determine what percentage of the oxygen-producing chemical had been used.

5. Based on these visual observations and the results of the first laboratory tests, all of the SCSRs recovered at all three mines had been activated and produced oxygen. MSHA and NIOSH are in the process of having the preliminary lab results verified by an independent laboratory.

6. MSHA and NIOSH have produced spreadsheets with the preliminary results of our observations and testing of the SCSRs recovered at the Sago, Aracoma Alma #1, and Darby mines. The spreadsheets are based on data from both MSHA and NIOSH and are subject to change.

7. The spreadsheets indicate that the SCSRs that were recovered at all three mines had been activated and produced oxygen.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____  6/16/06
Jeffery Kravitz

3