| Exhibit # | Location | SN | MFR Date | Notes | Start-up Oxygen Activated? | Spent KO₂ | prou Oxyge. |
|---|---|---|---|---|---|---|---|
| 9P | 2nd Left Barricade | 56880 | 10/97 | Dust Shield cracked. Tape around relief valve. Breathing tube has taken a set but is pliable and open. Fred Ware Jr. (Name on front of unit.) | YES | 39% | YES |
| 46P | 2nd Left Barricade | 101868 | 01/04 | Plastic cover on heat shield shows signs of wear and cracking. Canister has one small dent. Walker (Name on front of Unit) | YES | 31% | YES |
| 47P | 2nd Left Barricade | 46433 | 08/95 | Breathing tube set but pliable and open. Heat shield plastic cover worn and cracked. Heat shield was loaded with dirt. Staining around lanyard tie point for relief valve on breathing bag. | YES | 41% | YES |
| 48P | 2nd Left Barricade | 89765 | 12/01 | Mouth piece plug tied to bottom of unit. Neck strap missing. Part of waist strap missing. Dust shield plastic cover broken and heat shield damaged. Bottom filter shows evidence of mineralization. | YES. | 38% | R YES |
| 50P | 2nd Left Barricade | 92652 | 03/02 | Goggles attached to unit. Dust and heat shield off unit. Dust shield cracked, pieces missing. Pads missing on nose clips, Abrasion on breathing tube close to saliva trap. Top bushing displaced 3/4 down unit. Bottom bushing cut and dislodged but in place. Bott | YES | 39% | YES |
| 51P | 2nd Left Barricade | 57604 | 12/97 | Dust shield cracked and worn with pieces missing. Breathing tube shows set but is pliable and open. Stain on breathing bag at lanyard tie point. | YES | 21% | YES |
| 52P | 2nd Left Barricade | 106154 | 07/04 | Goggles present, but lenses displaced. Green paint on breathing tube. Relief valve sticking. | YES | 28% | YES |
| 53P | 2nd Left Barricade | 101831 | 01/04 | Cracks and wear on heat shield. Dents in canister. | YES | 25% | YES |
| 54P | 2nd Left Barricade | 56495 | 11/97 | Breathing tube has taken a set but is pliable and open. Dust shield has cracks. Canister has dent on users side and dents on outer side. Smargo (Name on front of unit). Green paint. | YES | 35%, Visual Estimate | YES |
| 56P | 2nd Left Barricade | 109419 | 10/04 | No comments. | YES | 11% | YES |
| 57P | 2nd Left Barricade | 57517 | 12/97 | Breathing tube has taken a set but is pliable and open. Cap missing from relief valve. Breathing bag has goggle impression or stain on bag. | YES | 20% | YES |
| 58P | 2nd Left Barricade | 57878 | 12/97 | Breathing tube has taken a set but is pliable and open. Cut in top cannister bushing. Blister on neck of breathing bag. Bottom of canister shows mineralization. Dust jacket has wear and cracks. Paint on dust jacket. A depression on one side of unit. | YES | 48% | YES |
| 59P | 2nd Left Barricade | 106615 | 08/04 | Mineralization on bottom of unit. | YES | 10%, Visual Estimate | YES |
| 60P | 2nd Left Barricade | 109482 | 10/04 | No comments. | YES | 10%, Visual Estimate | YES |
| 61P | 2nd Left Barricade | 109455 | 10/04 | Dust shield has dent in it. Dent in canister. | YES | 21% | YES |
| 62P | 2nd Left Barricade | 57334 | 12/97 | Breathing tube has taken a set but pliable and open, Tag missing on lanyard for firing lever. Heat Shield dust cover broken and cracked and heat shield loaded with dirt. Rust at relief valve lanyard attachment point to breathing bag. Lanyard attachment | YES | 39% | YES |
| 63P | 2nd Left Barricade | 52478 | 06/97 | No Dust Cover or Heat Shield. Breathing tube has taken a set but is pliable and open. Upper bushing missing. Staining on breathing bag at lanyard attachment point. Canister has dents. Nose clips are complete but stuck together. Evidence of moisture in | YES | 72% | YES s |

SAGO MINE SPREADSHEET — ATTACHMENT F, PAGE 1

| 74P | Cut-left Section Power Center | 101109 | 05/03 | No comments. | YES | Estimate | YES |
|-----|-------------------------------|--------|-------|--------------|-----|----------|-----|
| 10P | At mantrip on Mains | 90223 | 12/01 | Unit recovered intact. Dust shield worn and cracked with pieces missing. Sound tested - borderline failure. Terry Helms | YES | Consumed BMS Test | YES |
| 4P | Undetermined | 102138 | 01/04 | Goggles attached to unit. Dust cover cracked. | YES | 29% | YES |
| 5P | Undetermined | 97144 | 12/03 | Dust cover has a crack, foreign matter in mouthpiece (snuff), but breathing tube not obstructed. | YES | 42% | YES |
| 6P | Undetermined | 86537 | 09/01 | Gary Rowe written on front of unit. Dust cover cracked. | YES | 19% | YES |
| 7P | Undetermined | 106603 | 08/04 | No comments. | YES | 23% | YES |
| 8P | Undetermined | 107986 | 11/04 | Evidence of moisture on bottom filter. Walker written on front of unit. | YES | 48% | YES |

Unit belonging to miners in barricade
Unit taken underground by rescuers
Underground unit - unknown user
Unit belonging to Terry Helms
Units used by others
Unit beyond service life

SAGO MINE SPREADSHEET — ATTACHMENT F, PAGE 2

Draft Preliminary Findings on Alma #1 SCSRs

| Exhibit # | Bottom Canister # | SN | MFR. Date | Notes | Start-up Oxygen Activated? | Spent KO₂ | Did the SCSR produce Oxygen? |
|---|---|---|---|---|---|---|---|
| P1 | 134369 | 107363 | 9/04 | Unit was found in water with bag inflated, bag was intact and on unit. In transit breathing bag came off the unit, but tether was still attached to the relief valve. Clamp that holds bag on is broken. Neck strap separated, relief valve cap missing. Evidence of moisture in unit. Waist strap present but damaged. Dust shield cracked with piece missing. Heat shield saturated with water. Dent in canister. | Yes | Saturated | YES |
| P1A | 150133 | 122595 | | Goggles with unit. Some debris on outside of unit. Top filter darker than usual. The elastic piece of waist strap missing. Relief valve OK. Lever for oxygen activation corroded but OK. Dust shield and heat shield OK. No dents in canister. | Yes | 85% | YES |
| P12 | 127922 | 104948 | 6/04 | Unit was not used but it was exposed to high heat. Pouch is melted to dust shield. Bottom moisture indicator melted and dented inward. Breathing tube shows some set. Top of canister came off OK. Bottom cap stuck onto melted breathing bag. | Yes | Not Used | YES |
| P71 | 128088 | 104970 | 6/04 | Dust shield cracked with pieces missing and heat shield worn. Red paint on outside of unit. No dents in canister. | Yes | 31% | YES |
| P72 | 123062 | | | Some red and green paint on unit. Some cracks in the dust cover. Heat shield and bushings OK. Dent in canister adjacent to crack in dust shield. | Yes | 24% | YES |
| P73 | 125330 | | | Cap on relief valve missing but relief valve OK. Dust cover cracked with piece missing exposing heat shield. Evidence of wear on heat shield. No dents in canister and bushings OK. | Yes | 23% | YES |
| P74 | 150528 | 122599 | 12/5 | Sticky substance on top of unit and breathing tube, relief valve cap missing but relief valve OK. Mouth piece plug missing but lanyard present. Canister has no dents and bushings OK. | Yes | 18% | YES |
| P78 | 117739 | 96103 | 01/03 | Some mine dust in breathing tube. Dust jacket broken along the seam and worn and with other cracks. Green paint on unit. Dents in canister with the bushings OK. | Yes | 18% | YES |

Note: Missing numbers will be obtained from manufacturer.

**ALMA MINE SPREADSHEET – ATTACHMENT F, PAGE #3**

| Exhibit # | SN | MFR. Date | DRAFT<br>Draft Preliminary Test Results - Darby #1 SCSRs<br><br>Notes | Start-up Oxygen Activated? | Spent KO₂ | Did the SCSR Produce Oxygen? |
|---|---|---|---|---|---|---|
| D01 | 93609 | 07/02 | Bottom bushing out of place, cracks on corner of dust cover, "Jim Lewis" on dust cover, small dent in canister.  (Survivor) | Yes | 30% | Yes |
| D02 | 84784 | 06/01 | Small dent on canister. | Yes | 25% | Yes |
| D03 | 89962 | 01/02 | Cracks on dust cover, "Pariss" on dust cover. | Yes | 75%<br>Visual Estimate | Yes |
| D04 | 105936 | 07/04 | Goggles have smoke residue and scratch, cracks on dust cover. | Yes | 10% | Yes |
| D05 | 84698 | 06/01 | Unopened SCSR. Pulled freely from pouch, bottom moisture indicator dented into lid, dents in corners of canister, cracks in dust cover near top, dent in middle of bottom lid.  Did not attempt to open SCSR pending future tests/observations. | | | |

** Note: Visual estimate is more accurate for D03 due to fusing of chemical bed from usage.

**DARBY MINE SPREADSHEET ---ATTACHMENT F, PAGE 4**