```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED MINE WORKERS OF AMERICA,   )
   INTERNATIONAL UNION            )
   8315 Lee Highway               )
   Fairfax, VA 22031,             )
                                  )
        Plaintiff,                )
                                  )
        v.                        )  Civil No. 06-1053 JDB
                                  )
DAVID DYE,                        )
   Acting Assistant Secretary,    )
   Mine Safety and Health Admin.  )
   U.S. Department of Labor       )
                                  )
   Washington, D.C.               )
                                  )
        Defendant.                )
                                  )
```

### JOINT PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS

The parties in this case hereby propose the following schedule for further proceedings:

(1) On or before July 14, 2006, Plaintiff shall file its opposition to Defendant's Motion to Dismiss;

(2) On or before July 24, 2006, Defendant shall file his Reply to Plaintiff's Opposition;

(3) Counsel for both parties are available for any argument the Court may desire on the following dates: August 1-4,

August 22-29.

    Executed this __26th__ day of June, 2006.

                            Respectfully submitted,

| /s/ | /s/ |
|---|---|
| JUDITH E. RIVLIN, | KENNETH L. WAINSTEIN, |
| D.C. Bar #305797 | D.C. BAR #451058 |
| United Mine Workers of America | United States Attorney |
| 8315 Lee Highway | |
| Fairfax, VA 22031 | |
| (703) 208-7180 | /s/ |
| | RUDOLPH CONTRERAS, |
| Counsel for Plaintiff | D.C. BAR #434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | MARINA UTGOFF BRASWELL, |
| | D.C. BAR #416587 |
| | Assistant United States Attorney |
| | U.S. Attorney's Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 514-7226 |
| | |
| | Counsel for Defendant |

SO ORDERED: _____

                          UNITED STATES DISTRICT JUDGE

DATED: _____