## STATEMENT OF PAUL LEDFORD

I, Paul Ledford, was working in the Kentucky Darby No. 1 Mine at the time of the explosion on May 20, 2006.

I have approximately 15 years underground mining experience. At the time of the explosion, I had worked almost three years at the Darby mine.

I had received annual retraining twice during my employment with Kentucky Darby - in December, 2004 and December, 2005.

During my coal mine employment, I was trained every year, during annual retraining, in how to use a self-contained self-rescuer (SCSR). Prior to December, 2004, my SCSR training consisted solely of watching an instructional video. However, at Kentucky Darby, our SCSR training included physically putting on the SCSR.

During that training at Kentucky Darby, the SCSR was already out of its canister. The training consisted of putting the strap around my neck, putting in the mouthpiece, putting on the nose clips and the goggles. That was it; there was no actual breathing with the SCSR.

At the time of the explosion, on May 20th, I was working with Bill Petra, Paris Thomas, and Roy Middleton. Bill recognized that an explosion had occurred and instructed us to get out of the mine. We got in a buggy and started traveling towards the surface. After traveling for a short distance, we came upon smoke. At that point, we stopped the buggy and put on our SCSRs. We were using CSE-100's.

I broke the caps on the SCSR, put the strap over my neck, pulled the plug out of the mouthpiece, put in the mouthpiece, put the nose clips on, then pulled the cord to activate the rescuer. The bag expanded out, and my breathing hose looked okay to me.

I saw Bill Petra, Paris Thomas, and Roy Middleton with their SCSRs on. They each had their mouthpieces in and their nose clips on.

I had to breathe very hard to get the SCSR started. I immediately had a problem breathing. I had to suck on the mouthpiece really hard to get any oxygen out, and I felt like I was smothering.

We got back into the buggy and rode in it until we came upon an overcast that had fallen to the mine floor. At that point we started walking out of the mine.

The farther I walked, the harder it became to breathe.

I was holding on to the high voltage line in the neutral entry to find my way out of the mine. I could stand upright for part of the way, then I had to crouch over as the height of the mine got lower.

I became so tired and was having such a difficult time breathing that I started crawling. After a short while crawling, I could hardly breathe at all. I thought I would stop and rest for a few minutes, and when I stopped, I passed out.

I must have been passed out for a long time. When I came to, I still had my mouthpiece in and my nose clips on. I looked at my watch and it was 3:05 a.m. When I came to I was very weak. I crawled into the intake air course and rested. Then I continued crawling and stopped to rest again. I was in the intake air course when rescue workers found me at approximately 3:12 a.m. I was totally exhausted and could not have traveled any further on my own. I had to be taken out of the mine in a buggy.

The day of the explosion was the first time I had ever breathed through an SCSR. I believe that the SCSR failed me and my co-workers. Had I been able to breathe properly, I believe I would have had no trouble walking out of the mine. I believe the SCSRs also failed Bill Petra, Paris Thomas, and Roy Middleton, all of whom died of carbon monoxide poisoning.

I certify that the allegations of the foregoing Affidavit are true and correct to the best of my knowledge and belief.

_Paul Ledford_
Paul Ledford


STATE OF KENTUCKY
COUNTY OF HARLAN

Subscribed and sworn to before me this _11_ day of _July_ 2006.

My Commission Expires: _Sept 21, 2009_

_Wes Abbot_
NOTARY PUBLIC