

Print this article | Go back

Saturday, July 8, 2006

# 119 mine breathing devices defective
### Same make used in recent disasters

By James R. Carroll
jcarroll@courier-journal.com
The Courier-Journal

Inspectors have found 119 defective breathing devices at Kentucky's underground coal mines in recent weeks, the state said yesterday.

All of the devices were taken out of service and replaced, said Mark York, spokesman for the Kentucky Environmental and Public Protection Cabinet.

The 119 self-contained self-rescuers are the same make used by miners who tried to escape Kentucky Darby Mine No. 1 in Harlan County after a May 20 explosion, York said. Five miners died in that blast.

"That's 100-and-some lives that could have been lost if they had to use them," said Preston Stewart, 52, a former miner and a brother-in-law of one of the miners killed at Darby.

The devices also are like those used at West Virginia's Sago Mine, where 12 miners died in a Jan. 2 explosion.

The devices, which cost about $650 each, are bought by companies that operate underground coal mines. Every miner who works below the surface is required to carry one.

York said thousands of devices were tested during checks at 174 mines but would not give an exact number. He said inspectors are still analyzing what they found.

The checks will continue until all 250 underground Kentucky mines have been visited, he said.

"We're not drawing any conclusions at this point," York said.

Tony Oppegard, a former state and federal mine safety official and a lawyer who represents four of the five families of the Darby victims, said 119 defective breathing devices is "a significant number."

"If you were a miner who's trapped underground or relying on that ... to live," then having any faulty devices is a concern, he said.

But Bill Caylor, president of the industry group Kentucky Coal Association, said the findings are not alarming, although he said they suggest that miners, mine companies and inspectors need to check the devices more frequently.

"I don't think it indicates a problem, no," he said.

Kentucky has about 10,000 underground coal miners, according to the association.

**Safety push**

After the Darby blast, Gov. Ernie Fletcher ordered the state Office of Mine Safety and Licensing to reiterate to miners the importance of maintaining and properly using the breathing devices.

On May 24, the state mine safety office announced that it would hold meetings at mines on the breathing units.

"An untold number of lives may have been saved by this review process," Fletcher said in a statement.

As for the defects, some units failed a shaking test, York said. Others were removed because color indicators showed they had been activated, meaning they no longer had their full air capacity, or they had been contaminated by moisture.

Other units were taken out of service because they were damaged, York said.

Asked if there was any patterns of problems, York said: "Nothing that so far is jumping off the page at us."

Oppegard said he's pleased that the state is checking the breathing devices, but said the tests need to be more thorough. Some devices should be opened to check for dry rot and holes in breathing tubes, he said.

The federal Mine Safety and Health Administration has been conducting its own review of breathing equipment and has stepped up checks of the devices since May 1, the agency's acting chief, David Dye, said in a statement yesterday.

"MSHA will continue its ongoing efforts and remove damaged ... units from service," Dye said, and he commended Kentucky's efforts.

Agency spokesman Dirk Fillpot said he does not have a count of how many breathing devices have been taken out of service nationwide.

Late last month, MSHA made public the tests on breathing devices worn by four Darby miners, and they showed that the chemicals to make oxygen were not fully expended.

Killed in the blast were Stewart's brother-in-law, Roy Middleton; Amon "Cotton" Brock; Jimmy Lee; Bill Petra; and Paris Thomas Jr. One miner, Paul Ledford, survived.

Middleton, Petra and Thomas died of carbon monoxide poisoning.

**Reports on equipment**

MSHA said Ledford's device had used only 30 percent of its oxygen supply. One of the other devices had used only 10 percent of its chemicals, a second had used 25 percent, and a third 75 percent. The agency did not match those devices to specific miners.

Stewart said the state's findings indicate the devices are in some way faulty.