IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED MINE WORKERS OF AMERICA, )
INTERNATIONAL UNION, )
8315 Lee Highway, Fairfax, VA 22031, )
)
Plaintiff, )
)   Civil Action No. 1:06-cv-1053
v. )
)
David Dye, Acting Assistant Secretary, )
Mine Safety and Health Administration, )
U.S. Department of Labor, )
)
Defendant. )

## AFFIDAVIT

1. I, Charles L. Weaver, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am an underground coal miner working at the Blacksville #2 mine in Wana, WV. The self-contained self-rescuers ("SCSR") that my employer provides for my use is a OCENCO.

3. I am a member of the United Mine Workers of America ("UMWA"), and a Safety Committee Member for UMWA Local 1702.

4. For many years, I have been generally aware of a number of serious problems with various self-contained self-rescuers ("SCSR"), including a number of notices and recalls and MSHA warnings and notices about different SCSR mal-functions.

5. As the year 2006 has advanced, my level of concern about SCSR reliability has been substantially heightened. This growing concern is a result of information I have learned through news

reports about SCSR use by miners who died and those who survived several multi-fatal accidents in January and May, 2006. In particular, Randal McCloy, the sole survivor among the 13 miners trapped in the Sago mine in early January, 2006, sent a letter to the families of the 12 miners who died at Sago, and that letter was published in the Charleston Gazette on April 28, 2006. In his letter, Mr. McCloy stated that "at least four of the [twelve] rescuers did not function." I know that miners at the Alma Aracoma also used SCSR units and that two of them died from carbon monoxide poisoning even though they donned SCSR units. I have also learned about SCSR units mal-functioning at the Darby mine in Kentucky on May 20, 2006, where three miners died from carbon monoxide poisoning even though they donned SCSR units.

6. Though I have had training on SCSR use, the training did not involve breathing through an SCSR; I have never had an occasion to breathe through an SCSR.

7. I am concerned that, if I have to use my SCSR in a mine emergency, it will not function properly and will not produce all the oxygen it is supposed to deliver, resulting in my death.

8. As a Safety Committee Member, I have also spoken with other active miners where I work about SCSRs; many of them have told me that they are concerned that their SCSR unit will not function properly or fully, and will not protect them in a mine emergency.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Signature

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED MINE WORKERS OF AMERICA, )
INTERNATIONAL UNION, )
8315 Lee Highway, Fairfax, VA 22031, )
)
        Plaintiff, )
v. )   Civil Action No. 1:06-cv-1053
)
David Dye, Acting Assistant Secretary, )
Mine Safety and Health Administration, )
U.S. Department of Labor, )
)
        Defendant. )

## AFFIDAVIT

1. I, **JEFF SHINER**, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am an underground coal miner working at the **84** mine in **Pa**. The self-contained self-rescuers ("SCSR") that my employer provides for my use is a CSE SR-100, the same kind that was used by miners who died earlier this year at the Sago, Aracoma, and Darby coal mines.

3. I am a member of the United Mine Workers of America ("UMWA"), and a Safety Committee Member for UMWA Local **1197**.

4. For many years, I have been generally aware of a number of serious problems with various self-contained self-rescuers ("SCSR"), including a number of notices and recalls and MSHA warnings and notices about different SCSR mal-functions.

5. As the year 2006 has advanced, my level of concern about SCSR reliability has been

substantially heightened. This growing concern is a result of information I have learned through news reports about SCSR use by miners who died and those who survived several multi-fatal accidents in January and May, 2006. In particular, Randal McCloy, the sole survivor among the 13 miners trapped in the Sago mine in early January, 2006, sent a letter to the families of the 12 miners who died at Sago, and that letter was published in the Charleston Gazette on April 28, 2006. In his letter, Mr. McCloy stated that "at least four of the [twelve] rescuers did not function." I know that miners at the Alma Aracoma also used SCSR units and that two of them died from carbon monoxide poisoning even though they donned SCSR units. I have also learned about SCSR units mal-functioning at the Darby mine in Kentucky on May 20, 2006, where three miners died from carbon monoxide poisoning even though they donned SCSR units.

6. Though I have had training on SCSR use, the training did not involve breathing through an SCSR; I have never had an occasion to breathe through an SCSR.

7. I am concerned that, if I have to use my SCSR in a mine emergency, it will not function properly and will not produce all the oxygen it is supposed to deliver, resulting in my death.

8. As a Safety Committee Member, I have also spoken with other active miners where I work about SCSRs; many of them have told me that they are concerned that their SCSR unit will not function properly or fully, and will not protect them in a mine emergency.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, 8315 Lee Highway, Fairfax, VA 22031, <br><br> Plaintiff, <br><br> v. <br><br> David Dye, Acting Assistant Secretary, Mine Safety and Health Administration, U.S. Department of Labor, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 1:06-cv-1053 ) ) ) ) ) ) ) |

## AFFIDAVIT

1. I, MARK Cochran, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am an underground coal miner working at the Loveridge #22 mine in Fairview, West Virginia. The self-contained self-rescuers ("SCSR") that my employer provides for my use is a OCENCO.

3. I am a member of the United Mine Workers of America ("UMWA"), and a Safety Committee Member for UMWA Local 9909

4. For many years, I have been generally aware of a number of serious problems with various self-contained self-rescuers ("SCSR"), including a number of notices and recalls and MSHA warnings and notices about different SCSR mal-functions.

5. As the year 2006 has advanced, my level of concern about SCSR reliability has been substantially heightened. This growing concern is a result of information I have learned through news

reports about SCSR use by miners who died and those who survived several multi-fatal accidents in January and May, 2006. In particular, Randal McCloy, the sole survivor among the 13 miners trapped in the Sago mine in early January, 2006, sent a letter to the families of the 12 miners who died at Sago, and that letter was published in the Charleston Gazette on April 28, 2006. In his letter, Mr. McCloy stated that "at least four of the [twelve] rescuers did not function." I know that miners at the Alma Aracoma also used SCSR units and that two of them died from carbon monoxide poisoning even though they donned SCSR units. I have also learned about SCSR units mal-functioning at the Darby mine in Kentucky on May 20, 2006, where three miners died from carbon monoxide poisoning even though they donned SCSR units.

6. Though I have had training on SCSR use, the training did not involve breathing through an SCSR; I have never had an occasion to breathe through an SCSR.

7. I am concerned that, if I have to use my SCSR in a mine emergency, it will not function properly and will not produce all the oxygen it is supposed to deliver, resulting in my death.

8. As a Safety Committee Member, I have also spoken with other active miners where I work about SCSRs; many of them have told me that they are concerned that their SCSR unit will not function properly or fully, and will not protect them in a mine emergency.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

*Mark Cochran*
Signature

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, 8315 Lee Highway, Fairfax, VA 22031,<br><br>        Plaintiff,<br>v.<br><br>David Dye, Acting Assistant Secretary, Mine Safety and Health Administration, U.S. Department of Labor,<br><br>        Defendant. | Civil Action No. 1:06-cv-1053 |

**AFFIDAVIT**

1. I, _Timothy W Ross_, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am an underground coal miner working at the _Cumberland Mine_ mine in _Kirby, Pa._. The self-contained self-rescuers ("SCSR") that my employer provides for my use is a _Ocenco_.

3. I am a member of the United Mine Workers of America ("UMWA").

4. For many years, I have been generally aware of a number of serious problems with various self-contained self-rescuers ("SCSR"), including a number of notices and recalls and MSHA warnings and notices about different SCSR mal-functions.

5. As the year 2006 has advanced, my level of concern about SCSR reliability has been substantially heightened. This growing concern is a result of information I have learned through news reports about SCSR use by miners who died and those who survived several multi-fatal accidents in

January and May, 2006. In particular, Randal McCloy, the sole survivor among the 13 miners trapped in the Sago mine in early January, 2006, sent a letter to the families of the 12 miners who died at Sago, and that letter was published in the Charleston Gazette on April 28, 2006. In his letter, Mr. McCloy stated that "at least four of the [twelve] rescuers did not function." I know that miners at the Alma Aracoma also used SCSR units and that two of them died from carbon monoxide poisoning even though they donned SCSR units. I have also learned about SCSR units mal-functioning at the Darby mine in Kentucky on May 20, 2006, where three miners died from carbon monoxide poisoning even though they donned SCSR units.

6. Though I have had training on SCSR use, the training did not involve breathing through an SCSR; I have never had an occasion to breathe through an SCSR.

7. I am concerned that, if I have to use my SCSR in a mine emergency, it will not function properly and will not produce all the oxygen it is supposed to deliver, resulting in my death.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, 8315 Lee Highway, Fairfax, VA 22031, | ) ) ) ) | |
| Plaintiff, v. | ) ) ) | Civil Action No. 1:06-cv-1053 |
| David Dye, Acting Assistant Secretary, Mine Safety and Health Administration, U.S. Department of Labor, | ) ) ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT

1. I, Wayne F. Leytrick, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am an underground coal miner working at the ___84___ mine in ___PA___. The self-contained self-rescuers ("SCSR") that my employer provides for my use is a CSE SR-100, the same kind that was used by miners who died earlier this year at the Sago, Aracoma, and Darby coal mines.

3. I am a member of the United Mine Workers of America ("UMWA").

4. For many years, I have been generally aware of a number of serious problems with various SCSR units, including a number of notices and recalls and MSHA warnings and notices about different SCSR mal-functions.

5. As the year 2006 has advanced, my level of concern about SCSR reliability has been substantially heightened. This growing concern is a result of information I have learned through news

reports about SCSR use by miners who died and those who survived several multi-fatal accidents in January and May, 2006. In particular, Randal McCloy, the sole survivor among the 13 miners trapped in the Sago mine in early January, 2006, sent a letter to the families of the 12 miners who died at Sago, and that letter was published in the Charleston Gazette on April 28, 2006. In his letter, Mr. McCloy stated that "at least four of the [twelve] rescuers did not function." I know that miners at the Alma Aracoma also used SCSR units and that two of them died from carbon monoxide poisoning even though they donned SCSR units. I have also learned about SCSR units mal-functioning at the Darby mine in Kentucky on May 20, 2006, where three miners died from carbon monoxide poisoning even though they donned SCSR units.

6. Though I have had training on SCSR use, the training did not involve breathing through an SCSR; I have never had an occasion to breathe through an SCSR.

7. I am concerned that, if I have to use my SCSR in a mine emergency, it will not function properly and will not produce all the oxygen it is supposed to deliver, resulting in my death.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_Wayne E. Lytrick_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, 8315 Lee Highway, Fairfax, VA 22031, <br><br> Plaintiff, <br> v. <br><br> David Dye, Acting Assistant Secretary, Mine Safety and Health Administration, U.S. Department of Labor, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:06-cv-1053 |

## AFFIDAVIT

1. I, **WELLS C. HAMMERS**, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am an underground coal miner working at the **CUMBERLAND** mine in **PENNSYLVANIA**. The self-contained self-rescuers ("SCSR") that my employer provides for my use is a **OCENCO**.

3. I am a member of the United Mine Workers of America ("UMWA"), and a Safety Committee Member for UMWA Local **2300**.

4. For many years, I have been generally aware of a number of serious problems with various self-contained self-rescuers ("SCSR"), including a number of notices and recalls and MSHA warnings and notices about different SCSR mal-functions.

5. As the year 2006 has advanced, my level of concern about SCSR reliability has been substantially heightened. This growing concern is a result of information I have learned through news

reports about SCSR use by miners who died and those who survived several multi-fatal accidents in January and May, 2006. In particular, Randal McCloy, the sole survivor among the 13 miners trapped in the Sago mine in early January, 2006, sent a letter to the families of the 12 miners who died at Sago, and that letter was published in the Charleston Gazette on April 28, 2006. In his letter, Mr. McCloy stated that "at least four of the [twelve] rescuers did not function." I know that miners at the Alma Aracoma also used SCSR units and that two of them died from carbon monoxide poisoning even though they donned SCSR units. I have also learned about SCSR units mal-functioning at the Darby mine in Kentucky on May 20, 2006, where three miners died from carbon monoxide poisoning even though they donned SCSR units.

6. Though I have had training on SCSR use, the training did not involve breathing through an SCSR; I have never had an occasion to breathe through an SCSR.

7. I am concerned that, if I have to use my SCSR in a mine emergency, it will not function properly and will not produce all the oxygen it is supposed to deliver, resulting in my death.

8. As a Safety Committee Member, I have also spoken with other active miners where I work about SCSRs; many of them have told me that they are concerned that their SCSR unit will not function properly or fully, and will not protect them in a mine emergency.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED MINE WORKERS OF AMERICA, )
INTERNATIONAL UNION, )
8315 Lee Highway, Fairfax, VA 22031, )
)
Plaintiff, )
v. ) Civil Action No. 1:06-cv-1053
)
David Dye, Acting Assistant Secretary, )
Mine Safety and Health Administration, )
U.S. Department of Labor, )
)
Defendant. )

## AFFIDAVIT

1. I, William T. Holland, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am an underground coal miner working at the Ohio Valley coal No. 6 mine in Ohio. The self-contained self-rescuers ("SCSR") that my employer provides for my use is a OCENCO.

3. I am a member of the United Mine Workers of America ("UMWA").

4. For many years, I have been generally aware of a number of serious problems with various self-contained self-rescuers ("SCSR"), including a number of notices and recalls and MSHA warnings and notices about different SCSR mal-functions.

5. As the year 2006 has advanced, my level of concern about SCSR reliability has been substantially heightened. This growing concern is a result of information I have learned through news reports about SCSR use by miners who died and those who survived several multi-fatal accidents in

January and May, 2006. In particular, Randal McCloy, the sole survivor among the 13 miners trapped in the Sago mine in early January, 2006, sent a letter to the families of the 12 miners who died at Sago, and that letter was published in the Charleston Gazette on April 28, 2006. In his letter, Mr. McCloy stated that "at least four of the [twelve] rescuers did not function." I know that miners at the Alma Aracoma also used SCSR units and that two of them died from carbon monoxide poisoning even though they donned SCSR units. I have also learned about SCSR units mal-functioning at the Darby mine in Kentucky on May 20, 2006, where three miners died from carbon monoxide poisoning even though they donned SCSR units.

6. Though I have had training on SCSR use, the training did not involve breathing through an SCSR; I have never had an occasion to breathe through an SCSR.

7. I am concerned that, if I have to use my SCSR in a mine emergency, it will not function properly and will not produce all the oxygen it is supposed to deliver, resulting in my death.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

*William T. Holland*
Signature

-2-