IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED MINE WORKERS OF AMERICA, )
INTERNATIONAL UNION, )
8315 Lee Highway, Fairfax, VA 22031, )
)
      Plaintiff, )
v. ) Civil Action No. 06-1053 JDB
)
David Dye, Acting Assistant Secretary, )
Mine Safety and Health Administration, )
U.S. Department of Labor, )
)
      Defendant. )

## PLAINTIFF'S MOTION REQUESTING ORAL ARGUMENT

Pursuant to Local Rule LCvR 78.1, Plaintiff UMWA respectfully requests oral argument on Defendant's motion to dismiss upon belief that such argument will be beneficial to the Court in addressing and understanding the legal and factual issues therein.

Respectfully submitted,

_____
JUDITH RIVLIN, Bar # 305797
United Mine Workers of America
8315 Lee Highway
Fairfax, VA 22031-2215
(703) 208-7180

COUNSEL FOR UNITED MINE WORKERS
OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July 2006, I have electronically filed the foregoing PLAINTIFF'S MOTION REQUESTING ORAL ARGUMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

W. Christian Schumann
Office of the Solicitor
U.S. Department of Labor
1100 Wilson Boulevard, 22nd Floor
Arlington, VA 22209-2296
202-693-9361

Marina Utgoff Braswell
Assistant United States Attorney
United States Attorney's Office
555 - 4th Street, N.W.
Washington, DC 20530

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

_____
Judith E. Rivlin