**post-gazette.com**
A service of the Pittsburgh Post-Gazette®

# Sago air pack past expiration date

Thursday, July 13, 2006

By Steve Twedt, Pittsburgh Post-Gazette

One of the miners who died in the Sago mine disaster in West Virginia carried an emergency oxygen pack that was past its service expiration date -- and he could not get the device to work.

Six of the other 11 miners who died had packs that were within 18 to 24 months of their 10-year expiration dates, the Pittsburgh Post-Gazette has learned.

Two of the six units, called self-contained self-rescuers or SCSRs, were assigned to miners who were unable to make them work, according to the miners' lone surviving crewmate, Randal McCloy Jr.

Mr. McCloy did successfully deploy his SCSR, which was manufactured in July 2004.

What roles the old or expired SCSRs had in the deaths of the 12 Sago miners is not known and it is far from certain that newer models would have saved more lives. Brand new, the units are supposed to provide about one hour of oxygen, and it took 41 hours for rescuers to reach the men. Further, testing after the accident indicated all the units were in working order.

But the new information, combined with results of a Kentucky inspection last month of more than 1,000 SCSRs in that state's mines that found 119 defective units -- including units with expired service dates -- raises questions about how closely mine operators and miners check and maintain the self-rescuers.

Under federal mining laws, miners are supposed to check their self-rescuers each workday, and the devices should undergo more thorough inspections every 90 days.

After 10 years, the device is no longer considered reliable because of degradation of rubber polymer material, such as the breathing hose, and the chemicals inside that produce oxygen. With the banging around that self-rescuers get in a mine, the chemicals inside can be reduced to powder, compromising their ability to produce oxygen.

"If you are not attentive to that, you may have problems," said John Kovac, a physical scientist with the National Personal Protective Technology Laboratory in South Park, which has been evaluating the Sago self-rescuers. "You have to know how to inspect it and, more importantly, when it needs to be removed from service."

Mr. Kovac would not talk specifically about Sago because the investigation is not complete. But he did say that most self-rescuers are taken out of service before the 10-year service

expiration dates.

"Age is not the real limiting factor, but day-in day-out exposure" to the harsh working environment of an underground coal mine is, he said.

On the morning of Jan. 2, Jesse L. Jones, 44, carried a CSE SR-100 self-contained self-rescuer into the Sago mine as he began his work shift. Under federal law, every person entering an underground coal mine must wear one.

But documents obtained by the Post-Gazette show that Mr. Jones' self-rescuer was manufactured in August 1995 -- meaning it had passed the manufacturer's recommended 10-year service life.

International Coal Group, which owns the Sago mine, confirmed in a statement late yesterday that the service date of the self-rescuer was expired.

"All other SCSRs in use were within the product life recommended by the manufacturer," said ICG Vice President Charles Snavely, adding that federal mine safety officials have said that "post-accident testing of the Sago SCSR units by the NIOSH laboratory verified that all were in working order and would have functioned properly."

Mr. McCloy, Mr. Jones and 10 other miners were trapped by a methane explosion at 6:30 a.m. on Jan. 2 that killed fellow miner Terry Helms. Before rescuers could reach the trapped men, all but Mr. McCloy had died of carbon monoxide poisoning.

A West Virginia team of investigators, led by J. Davitt McAteer, will release a comprehensive report on the Sago disaster next week, and a federal investigation is continuing, but the emergency oxygen packs have been a point of controversy for months.

In late April, Mr. McCloy wrote a letter to surviving family members that said four of the 12 self-rescuers did not work when the trapped miners deployed them. Following a similar methane gas explosion at the Darby mine in Kentucky, a surviving miner told family members that his SR-100 self-rescuer lasted only minutes.

That has led to debate about whether the devices had malfunctioned or if miners were inadequately trained in their use.

The United Mine Workers of America has called for inspections of all self-rescuers as well as enhanced training that would more closely simulate an underground emergency situation.

The Post-Gazette has previously reported that MSHA officials had proposed more training with SCSRs in 1999, citing a study in which nearly all miners tested on SR-100s three months after training had almost entirely forgotten how to use them.

The same draft proposal, which was withdrawn in 2001 after an administration change at MSHA, also called for reducing the SCSR service life from 10 years to five.

Mr. Kovac said that when self-rescuers were first required in 1981, the service expiration was five years if the units were stored and three years if carried on the miners because of the additional wear. Then, as the industry gained more experience with the devices, the service

life was increased to 10 years for most models.

A spokeswoman for CSE Inc. of Monroeville, which makes the SR-100 self-rescuers used at Sago, said it is the mine operator's responsibility to pull the self-rescuers from service after 10 years.

Carolyn Barrage said CSE has limited ability to track the units once they're sold.

"There are so many things that can happen in 10 years. It could be stolen, or any number of other things," Ms. Barrage said.

Earlier this week, West Virginia mining officials directed mine operators to inventory their self-rescuers, including information on manufacturing dates, "to provide the industry with an early warning system for SCSR problems."

There is no such inventory or registry of SCSRs done on a national level.

(Steve Twedt can be reached at stwedt@post-gazette.com or 412-263-1963.)

Back

Copyright © PG Publishing Co., Inc. All Rights Reserved.