```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

UNITED MINE WORKERS OF AMERICA,  )
   INTERNATIONAL UNION           )
                                 )
         Plaintiff,              )
                                 )
         v.                      )   Civil No. 06-1053 JDB
                                 )
DAVID DYE,                       )
   Acting Assistant Secretary,   )
   Mine Safety and Health Admin. )
   U.S. Department of Labor,     )
                                 )
         Defendant.              )
                                 )
```

## DEFENDANT'S MOTION TO AMEND THE JOINT PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS

Defendant hereby requests, with plaintiff's permission, that the parties's proposed schedule for further proceedings, filed June 26, 2006, be amended as follows:

(1) On July 14, 2006, Plaintiff filed its opposition to Defendant's Motion to Dismiss;

(2) On or before July 28, 2006, Defendant shall file his Reply to Plaintiff's Opposition;

(3) Counsel for both parties are available for any argument the Court may desire on the following dates: August 1-4, August 22-29.

The grounds for this request are that since receiving plaintiff's opposition brief on July 17th, when defense counsel returned to the office from being out of the country, defense counsel has had to prepare and file three briefs in three other separate cases, prepare two witnesses for depositions and defend

in one of those depositions, and be an instructor for a course for the Department of Justice.  Accordingly, the additional time is needed in order to allow defense counsel an opportunity to work with agency representatives to prepare defendant's response in a thorough manner.

Executed this __21st_ day of July, 2006.

Respectfully submitted,

_____

KENNETH L. WAINSTEIN, D.C. BAR #451058

United States Attorney

_____

RUDOLPH CONTRERAS, D.C. BAR # 434122

Assistant United States Attorney

_____

MARINA UTGOFF BRASWELL, DC BAR #416587

Assistant United States Attorney

U.S. Attorney's Office

555 4th Street, N.W. - Civil Division

Washington, D.C. 20530

(202) 514-7226

SO ORDERED:

_____    _____
                              UNITED STATES DISTRICT JUDGE

DATED:                        _____