IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, 8315 Lee Highway, Fairfax, VA 22031,  Plaintiff, v.  David Dye, Acting Assistant Secretary, Mine Safety and Health Administration, U.S. Department of Labor,  Defendant. | ) ) ) ) ) ) ) Civil No. 1:06CV01053 JDB ) ) ) ) ) ) ) |

**UMWA's Notice of Submission of Supplemental Authority**

On July 19, 2006, the McAteer Report to the Governor of West Virginia on the Sago Mine disaster was issued. The UMWA hereby submits this report as supplemental authority in support of the arguments in its briefs filed July 13 and 14, 2006:

> The Sago Mine Disaster: A Preliminary Report to Governor Joe Manchin III, July 19, 2006, J. Davitt McAteer & associates.

The UMWA labels this report Attachment 5 to the Opposition to MSHA's Motion to Dismiss and Attachment "C" to the UMWA's Reply to MSHA's Opposition to UMWA's Motion for Preliminary Injunction. Specifically, this report supports the UMWA's arguments that random testing of Self-Contained Self-Rescuers (SCSRs) should be required and that miners should receive hands-on training in the use of SCSRs in emergency-like conditions. The report found that without a nationwide audit of SCSRs, the question of whether the SCSRS can be counted on in an emergency cannot be answered. Report at 13. It found that the Sago miners could not make all their SCSRs work. Id. at 49. It found that removing the covers of the units

can be extremely difficult, Id. at 51, and that it is possible to "overbreathe" the unit. Id. at 52. It found that the miners had not been adequately trained, Id. at 53, and that more thorough and realistic training would improve the odds a miner could count on the SCSR in a crisis. Id. at 53-54. It therefore recommends that miners receive hands-on training in simulated emergency conditions.

To the extent that MSHA would require additional time to reply, the UMWA is amenable to a reasonable extension.

Respectfully submitted,

JUDITH RIVLIN, Bar #305797
United Mine Workers of America
8315 Lee Highway
Fairfax, VA 22031-2215
(703) 208-7180

COUNSEL FOR UNITED MINE
WORKERS OF AMERICA

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July 2006, I have electronically filed the foregoing UMWA's Notice of Submission of Supplemental Authorities with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

W. Christian Schumann
Office of the Solicitor
U.S. Department of Labor
1100 Wilson Boulevard, 22nd Floor
Arlington, VA 22209-2296
202-693-9361

Marina Utgoff Braswell
Assistant United States Attorney
United States Attorney's Office
555-4th Street, NW
Washington, DC 20530

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

_____
Alison B. Asarnow