IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED MINE WORKERS OF AMERICA, )
INTERNATIONAL UNION, )
8315 Lee Highway, )
Fairfax, VA 22031, )
 )
      Plaintiff, ) Civil No. 06-1053 JDB
 )
    v. )
 )
David Dye, Acting Assistant )
Secretary, )
Mine Safety and )
Health Administration, )
U.S. Department of Labor, )
 )
      Defendant. )

## SECOND DECLARATION OF JEFFERY KRAVITZ

1. I, Jeffery Kravitz, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am the Chief Mine Emergency Operations and Special Projects in the Office of Technical Support of the Mine Safety and Health Administration.

3. I am responsible for having the preliminary test results for oxygen producing chemicals from all of the SCSRs that were recovered after the explosion at the Sago Mine in Tallmansville, West Virginia, on January 2, 2006; the conveyor belt fire at the Aracoma Alma Mine No. 1 in Melville, West Virginia, on January 12, 2006; and the explosion at the Darby Mine No. 1 in Harlan County, Kentucky, on May 20, 2006, verified

by an independent laboratory. The preliminary visual estimates and collection of chemicals were performed in conjunction with NIOSH in the joint investigation. The preliminary chemical tests were conducted by CSE Corporation, the manufacturer of the SCSRs. The preliminary SCSR test results indicated that the SCSRs that were recovered at all three mines had all been activated and all produced oxygen when they were used. The preliminary chemical tests also indicated that all the SCSRs had a percentage of unused oxygen producing capacity remaining in them.

4. MSHA decided that, to allay concern that chemical testing performed by the manufacturer of the SCSRs might be biased, the preliminary chemical test results should be verified by an independent laboratory.

5. On June 22 and 23, 2006, testing by Alternative Testing Laboratories, Inc., an independent laboratory, was conducted to verify the preliminary test results. The results of this testing indicates that the estimated amount of the oxygen producing chemical used was, in most cases, higher than the preliminary results indicated. See Attachment A -- spreadsheet showing the preliminary and verified test results. In other words, the preliminary test results, which showed that a percentage of the oxygen producing capacity remained in all the recovered SCSRs, were conservative percentages.

6. The SCSR portion of the accident investigation is continuing and MSHA and NIOSH are reviewing the SCSR test results. When completed, the SCSR investigation report will be included in the final accident investigation report.

7. Regarding the Sago Mine accident, of the 13 miners on the 1 Left Section crew, 7 donned their SCSR's prior to safely evacuating the mine. Five of those 7 SCSRs were recovered and tested and the test results show that the SCSRs had been activated, produced oxygen, and that oxygen was used, meaning that the SCSRs worked and assisted miners to safely evacuate the mine. All of these SCSRs also had a percentage of unused oxygen producing chemicals. See Attachment A (Exhibits 4P-8P). The estimated percentage of unused oxygen producing chemical that was found in these SCSRs is consistent with actual usage, but the amounts varied because, for those miners who safely evacuated the mine, the unused oxygen capacity would be different depending on when the SCSR was activated and how hard the user was breathing. SCSR training should include an instruction to don and activate the SCSR at the first sign of smoke or bad air, but miners do not always activate their SCSRs at the same time.

8. Regarding the miners on the 2 Left Section crew who were unable to evacuate the mine, although miner Randal McCloy, the sole survivor of the accident at the Sago mine, stated in an

3

interview with MSHA on June 19, 2006, that 4 SCSRs "did not work," MSHA and NIOSH test results show that all 12 of the SCSRs belonging to the miners, and which were recovered from that section worked from the standpoint that all 12 had been activated and produced oxygen, and all showed estimated oxygen usage. See Attachment A (Exhibits 9P-54P and 62P-63P). In addition, the results of MSHA's independent laboratory tests show that all but one of the SCSRs recovered from the 2 Left Section may have been used for a longer period than the preliminary test results indicated. Ibid. Although there was an unused amount of the oxygen producing chemical in all of the SCSRs, McCloy stated that the barricaded miners removed their SCSRs either to pound on roof bolts or to share their SCSRs, or they may have believed that the SCSRs were not working anymore. See Attachment B -- transcript of McCloy interview at pp. 70-72, 77-78. McCloy's statement is consistent with MSHA and NIOSH test results that show that the recovered SCSRs produced oxygen, but the oxygen producing chemical was not fully utilized. SCSRs are escape-only devices, and miners are trained that once they don their SCSRs, they should not remove them until they reach safety. A miner should not remove an SCSR that has been activated because the carbon monoxide level in the atmosphere may be high enough to cause death or serious injury.

4

9. Because miners with their SCSRs had been barricaded in the Sago mine, MSHA requested NIOSH to conduct sedentary tests on the "CSE SR-100" SCSR, the same type of SCSRs that the miners at the Sago mine used. The CSE SR-100 is also the same type of SCSR used at the Aracoma and Darby mines. In conducting the sedentary tests, 2 researchers each used 1 SCSR for one hour each, and the results of the chemical tests indicated that the amount of oxygen producing chemicals used was consistent with the 1-hour usage. In addition, a third SCSR was used by a researcher sitting at his desk, and the results of the test indicated that the SCSR produced oxygen for 4 hours.

10. Regarding the Aracoma Mine accident, ten miners donned SCSRs in smoke and used the SCSRs to safely evacuate the mine. Those ten miners did not report any problems with their SCSRs. The results of the testing of the SCSRs that were recovered from the Aracoma mine indicate that the estimated amount of the oxygen producing chemical that was used was consistent with the amount of time that the SCSRs were reported to have been used. See Attachment A (Exhibits P1-P78). Results from the five recovered SCSRs from the 10 miners who safely evacuated the mine, indicated that the estimated unused oxygen capacity is consistent with the amount of time that the SCSRs were used before the miners reached fresh air. See Attachment A (Exhibits P71-P78). One SCSR that was used by a miner who did not

5

evacuate the mine showed approximately 85% oxygen usage. See Attachment A (Exhibit P1A). Another SCSR belonging to a second miner who did not evacuate the mine was found in a pool of water, with the breathing bag inflated, by a member of the MSHA accident investigation team and that SCSR was found to have been activated and to have produced oxygen. See Attachment A (Exhibit P1).

11. Regarding the accident at the Darby mine, miner Paul Ledford, who was working in the mine at the time of an explosion, donned his SCSR and traveled approximately 2,000 feet, much of that distance in heavy smoke. The test results of Ledford's SCSR show that it produced oxygen and that approximately 30% of the oxygen producing chemical was used which would be consistent with Ledford's actual SCSR usage. See Attachment A (Exhibit D-01). As to Ledford's interview statements that he sat down to rest and passed out for a time, the statements suggest that Ledford may have overextended himself and the capacity of the SCSR due to his exertions. A chemical based SCSR will produce more oxygen as the user's breathing increases, but, if the user exerts himself too much, he may feel as if the SCSR is not producing enough oxygen.

12. Recently, on June 30, 2006, a roof fall occurred in the San Juan underground coal mine in Waterflow, New Mexico. A mine foreman in the mine at the time of the roof fall detected

6

high methane and low oxygen levels. The miner used a short duration (approved, 10 minute) SCSR and safely traveled approximately 1,100 feet to an SCSR storage cache containing 2 CSE SR-100 SCSRs (the same type of SCSRs used at the Sago, Aracoma, and Darby mines). The miner successfully transferred from the 10-minute SCSR to the 60-minute SCSR and safely evacuated the mine. The miner reported that the SCSR worked properly and that he had no difficulty in breathing. The miner traveled approximately 7,800 feet from the time that he donned the first SCSR before exiting the mine.

13. MSHA is aware of at least 1 mine operator who has successfully used the CSE SR-100 SCSR for training purposes, including actual use training, and over 100 of these SCSRs have been used successfully over the past 10 years.

14. NIOSH performs quality assurance audits at the facilities of all SCSR manufacturers to assure that the manufacturers are following their approved quality assurance plans and procedures. The manufacturer of the SCSRs used at the Sago, Aracoma, and Darby mines has been included in such quality assurance audits and has always "passed" such audits. CSE was audited each year from 1999-2004. The last audit at CSE was in October, 2004. MSHA has requested an expedited quality assurance audit at CSE for 2006.

15. Since April 5, 1999, mine operators have been required, under MSHA's standards for SCSR inspection, testing, maintenance, repair, and recordkeeping, see 30 C.F.R. § 75.1714-3, to test the CSE SR-100 SCSRs for chemical bed degradation every 90 days. See Attachment C -- MSHA Program Information Bulletin No. 99-05. The test, using an Acoustic Solids Movement Detector or "ASMD," estimates the ability of the SCSR to remove carbon dioxide when the SCSR is used. Any SCSR that fails a visual inspection or ASMD instrument test must be removed from service.

16. Once an SCSR is activated, it cannot be returned to service.


I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

Dated: July 28, 2006

_____
Jeffery Kravitz

8