**DRAFT**
**Percent KO2 Used - Comparison**

| Exhibit # | S/N | Visual Estimate | CSE Lab. Analysis | Independent Lab. Analysis | Average Lab. Analysis | Comments |
|---|---|---|---|---|---|---|
| **Sago** | | | | | | |
| 4P | 102138 | 20% | 29% | 31% | 30% | 1 Left miner |
| 5P | 97144 | 50% | 42% | 48% | 45% | 1 Left miner |
| 6P | 86537 | 10% | 19% | 28% | 24% | 1 Left miner |
| 7P | 106603 | 25% | 23% | 46% | 35% | 1 Left miner |
| 8P | 107966 | 80% | 48% | 63% | 56% | 1 Left miner |
| 9P | 56880 | 20% | 39% | 41% | 40% | 2 Left miner |
| 10P | 90223 | Ran on Simulator | Not Analyzed | Not Analyzed | | 2 Left miner |
| 46P | 101868 | 25% | 31% | Insufficient Sample | | 2 Left miner |
| 47P | 46433 | 20% | 41% | 50% | 46% | 2 Left miner |
| 48P | 89765 | 25% | 38% | 54% | 46% | 2 Left miner |
| 50P | 92652 | 40% | 39% | 48% | 44% | 2 Left miner |
| 51P | 57604 | 15% | 21% | 27% | 24% | 2 Left miner |
| 52P | 106154 | 25% | 28% | 29% | 29% | 2 Left miner |
| 53P | 101831 | 20% | 25% | Insufficient Sample | | 2 Left miner |
| 54P | 56495 | 35% | Not Analyzed | Not Analyzed | | 2 Left miner |
| 56P | 109419 | 10% | 11% | 14% | 13% | |
| 57P | 57517 | 10% | 20% | 34% | 27% | |
| 58P | 57878 | 50% | 48% | 77% | Small Sample Available | |
| 59P | 106615 | 10% | Not Analyzed | Not Analyzed | | |
| 60P | 109482 | 10% | Not Analyzed | Not Analyzed | | |
| 61P | 109455 | 10% | 21% | Insufficient Sample | | |
| 62P | 57334 | 30% | 39% | 34% | 37% | 2 Left miner |
| 63P | 52478 | 60% | 72% | 87% | 80% | 2 Left miner |
| 74P | 101106 | 10% | Not Analyzed | Not Analyzed | | |
| **Aracoma** | | | | | | |
| P1 | 107363 | Saturated - NA | Saturated - NA | Saturated - NA | | Miner |
| P1A | 122596 | 85% | 85% | 90% | 88% | Miner |
| P12 | 104948 | Not Used | #N/A | #N/A | #N/A | Miner |
| P71 | 104970 | 30% | 31% | 28% | 30% | Miner |
| P72 | 100069 | 35% | 24% | 23% | 24% | Miner |
| P73 | 102662 | 25% | 23% | 30% | 27% | Miner |
| P74 | 122599 | 20% | 18% | 27% | 23% | Miner |
| P78 | 96103 | 10% | 18% | 29% | 24% | Miner |
| **Darby** | | | | | | |
| D-01 | 93609 | 45% | 30% | 29% | 30% | Miner |
| D-02 | 84784 | 40% | 25% | 20% | 23% | Miner |
| D-03 | 89692 | 75% | 42% | 53% | 48% | Miner |
| D-04 | 105936 | 15% | 10% | 9% | 10% | Miner |
| D-05 | 84698 | Not Used | #N/A | #N/A | #N/A | Miner |

KRAVITZ SECOND DECLARATION – ATTACHMENT A