70

1  wireless communication system at the
2  section that you guys used to talk
3  back and forth with. Did anybody
4  ever attempt to use that?
5  A.     I don't remember anything
6  about that, per se, during that time,
7  but I know that it didn't work. It
8  couldn't have possibly worked.
9  Q.     When you were sitting behind
10 the barricade and you had
11 self-rescuers on, when someone
12 pounded, they took that off, the
13 self-rescuer off; right? And at that
14 point in time, like if you were
15 pounding, did Junior --- I'm sorry,
16 did Junior or Jerry share yours then?
17 What did you do with your SCSR when
18 you started pounding bolts?
19 A.     Probably set it down beside me
20 where I was sitting, just leave it
21 where I was sitting, and then get up,
22 grab the hammer and hit the bolt, the
23 same bolt and hit --- bang on the
24 bolt.
25 BY ATTORNEY CLAIR:

```
                                                          71
 1   Q.        You had the strap around your
 2   neck and the ---
 3   A.        Goggles.
 4   Q.        --- goggles and the nose clip
 5   on?
 6   A.        Right.
 7   Q.        And then you took the SCSR off
 8   and then would bang on the bolt?  Or
 9   did you just take the mouthpiece out?
10   A.        Yeah, I took the mouthpiece
11   out probably --- and nose clips
12   probably.
13   Q.        But you kept the self-rescuer
14   physically on your body?
15   A.        No.  I just took the strap and
16   wrapped it up and sat it down beside
17   me.  The only time I actually took it
18   off was the times that I was banging
19   on the bolts.
20   BY ATTORNEY MCATEER:
21   Q.        Did the other fellows take
22   theirs off as well?
23   A.        The ones who had theirs
24   working?
25   Q.        Yeah.
```

72

1  A.      Yeah.
2  BY MR. MCKINNEY:
3  Q.      When you sat yours down while
4  you were beating on the bolts, did
5  someone use yours or did you take it
6  off, wrapped your straps around it
7  and set it down?  Did somebody use
8  it?
9  A.      They could have.
10 Q.      Excuse me?
11 A.      They could have.  It's
12 feasible that it could happen.
13 Q.      Did you have your goggles on
14 when you were behind the barricade?
15 A.      Yeah.  That's why we walked up
16 on that one trip, to go on the belt
17 line, wearing goggles to try to keep
18 out the smoke and all that stuff out
19 of your eyes.
20 BY MR. MCKINNEY:
21 Q.      When you went behind the
22 barricade, did you take your goggles
23 off then or did you leave them on?
24 A.      I took them off then.
25 Q.      On the way back from where you

77

```
 1   you can recall riding the mantrip
 2   back outby and being blocked on the
 3   track by something?
 4   A.        Yeah.
 5   BY ATTORNEY CLAIR:
 6   Q.        Randal, when you were behind
 7   the barricade with the group, was
 8   there one time when everyone decided
 9   to take the SCSRs off, to stop
10   working and then people took them
11   off, or did you just say so much time
12   has gone by that they're not working
13   or ---?  What I'm interested in is
14   when did people take off the SCSR and
15   no longer have it strapped to them?
16   A.        Probably when they ran out for
17   the ones that did have them.
18   BY ATTORNEY MCATEER:
19   Q.        Do you remember yours running
20   out?
21   A.        (Indicates yes).
22   BY MR. MCKINNEY:
23   Q.        Can you recall someone stating
24   that theirs had expired or been
25   exhausted and ran out?
```

78

1  A.      I can't give you names, but I
2  know that there was --- they kept
3  them all in a pile that had the ones
4  that worked.
5  Q.      They did what, Randal? I'm
6  sorry.
7  A.      The ones that didn't, slash,
8  and did work. After the gases was
9  clear out of them, they put them down
10 somewhere.
11 BY ATTORNEY MCATEER:
12 Q.      Was there much conversation
13 among the fellows?
14 A.      What?
15 Q.      Just among you and the other
16 fellows down there, was there much
17 conversation?
18 A.      A little bit.
19 BY MR. MCKINNEY:
20 Q.      Except for Junior and Anderson
21 making an excursion, a little trip
22 outby the barricade, was there some
23 dissension about the decision at some
24 point in time that maybe we should
25 have tried to get out rather than