ISSUE DATE: April 5, 1999

PROGRAM INFORMATION BULLETIN NO. P99-5

FROM:    ROBERT A. ELAM
Administrator
  for Coal Mine Safety and Health

EARNEST C. TEASTER
Administrator for
  Metal and Nonmetal Mine Safety and Health

MICHAEL J. LAWLESS
Acting Director of Technical Support

SUBJECT:    Corrective Action Required To Identify Potentially Defective CSE SR-100 Self-Contained Self-Rescue (SCSR) Devices

Scope
This bulletin applies to underground mine operators, independent contractors performing work in underground mines, and Mine Safety and Health Administration (MSHA) enforcement personnel.

Purpose
This bulletin informs the mining industry of corrective action required to provide reasonable assurance that CSE SR-100 SCSR devices that may exhibit a higher-than-normal level of carbon dioxide ($CO_2$), when being used, are identified and removed from service as quickly as possible.

Information
In a letter dated November 23, 1998, MSHA notified the mining industry of a potential problem on some CSE SR-100 SCSR devices. The letter informed the industry that MSHA and the National Institute for Occupational Safety and Health (NIOSH) had tested a large number of devices, and some of the tested devices exhibited a higher-than-normal level of $CO_2$. The letter also informed the industry that MSHA and NIOSH were working with the manufacturer, CSE Corporation, to develop a method to identify the devices most likely to be affected by this problem, and MSHA would keep the industry informed of any corrective action that must be implemented to ensure the potentially affected devices are identified and removed from service if deemed necessary.

Second
Kravitz Declaration - Attachment C

As a result of this investigation, MSHA and NIOSH required the manufacturer to develop a corrective action plan to ensure all potentially affected devices could be easily identified and removed from service as quickly as possible. The manufacturer has developed a corrective action plan and submitted the required information to MSHA and NIOSH for approval.

To ensure the manufacturer's corrective action plan is effective and prior to granting final approval the Agencies requested CSE to immediately issue a "User Notice" and implement their proposed corrective action plan as an interim measure. The Agencies and the manufacturer will monitor the results of this initial phase in determining if additional corrective action will be necessary to ensure all affected devices are identified.

Attached is a copy of a CSE Corporation "USER NOTICE." This User Notice informs the industry that CSE has revised the daily and 90-day examination procedures for the SR-100 SCSR device as follows.

1. CSE is expanding the user's manual to include more detailed daily and 90-day visual examination instructions. The modified examination will help users distinguish between normal wear and tear conditions versus those that would indicate the device has been damaged to the extent that requires the device to be removed from service immediately.

2. CSE is modifying the 90-day inspection criteria to include the use of an "Acoustic Solids Movement Detector" (ASMD) as part of the required 90-day examination. The ASMD instrument will allow for early detection of the devices most likely to exhibit a higher-than-normal level of $CO_2$ when being used.

3. CSE recommends that any device that fails the modified visual inspection criteria or ASMD instrument test be removed from service.

Corrective Action:
The CSE Corporation will manufacture and distribute an adequate number of the following materials by May 20, 1999:

1. an "Acoustic Solids Movement Detector" (ASMD) instrument, designed to identify those devices that are most likely affected by the identified problem;

2. a user's manual including the modified visual inspection criteria and instruction on how to use the ASMD instrument to conduct the required 90-day examination; and

3. a video, demonstrating how to use the modified visual inspection criteria, and the correct procedure for using the ASMD instrument to conduct the required 90-day examination.

Beginning on the effective date of this bulletin, and each week thereafter, CSE will provide MSHA and NIOSH with a list of mines that were provided with the ASMD instrument, user's manual, and video. If deemed necessary, MSHA will provide CSE with a list of mine operators known to use the CSE SR-100 SCSR devices.

Second
Kravitz Declaration - Attachment C

Mine operators who are using the CSE SR-100 SCSR devices should soon be receiving an ASMD instrument along with a modified user's manual and video. Within 2 weeks of receipt of this material, mine operators must take appropriate measures to:

1. train a representative number of individuals who will be responsible for conducting the required visual examination and ASMD instrument test on each CSE SR-100 SCSR device provided for use at the mine;

2. conduct a visual examination on each device in accordance with the manufacturer's revised 90-day examination criteria. Any device that fails the visual examination shall be removed from service immediately;

3. conduct the ASMD instrument test, in accordance with the manufacturer's instructions, on each device that passes the visual examination. If a device fails the ASMD instrument test, appropriate arrangements must be made to have the affected device(s) replaced as quickly as possible; and

4. record the results of the examination for each device that fails the visual examination or ASMD instrument test.

By April 20, 1999, mine operators should have received some type of communication from the manufacturer regarding the proposed delivery of the ASMD instrument, user's manual, and video. Mine operators who do not receive this communication should contact CSE Corporation at (412) 856-9200. This will help ensure that CSE can meet the needs of the mining industry to ensure that devices most likely to be affected by the problem are identified and removed from service as soon as possible.

**It Is Important That You Note The Following:**

1. The ASMD instrument is not approved as permissible equipment. Accordingly, it shall not be taken into or used in areas where permissible equipment is required.

2. The visual examination and ASMD instrument tests must be conducted within 2 weeks of receipt of the required materials even if the 90-day examination is not yet due to be conducted.

3. A daily visual examination is required to be conducted on each device that is being worn or carried by the miners. This examination must be conducted by a person who is trained to perform such an examination. Further, the daily visual examination must be conducted in accordance with the manufacturer's expanded examination criteria.

MSHA will review the information provided by the manufacturer on the distribution of the

4

materials to affected mine operators. Based on this information, MSHA inspection personnel will begin: 1) monitoring the mine operators' progress on conducting the required examinations; and 2) conducting a visual examination and ASMD instrument test on a representative number of CSE SR-100 SCSR devices in use at a mine.

Mine operators will be subject to appropriate enforcement action if it is determined that:

1. the mine operator did not conduct the required examinations on each device in use at the mine within the established time period;

2. a record was not made of those devices that failed the visual examination or the ASMD instrument test;

3. devices that failed the visual examination were not removed from service immediately;

4. appropriate action has not been taken to remove a device from service, as soon as possible, that failed the ASMD instrument test; or

5. the mine operator has not taken appropriate measures to conduct the required daily visual examination on the devices that are being worn or carried by the miners.

MSHA will not take enforcement action if an inspector finds a device in service that does not pass the ASMD instrument test, provided (1) it can be determined that the mine operator conducted the ASMD instrument test within the established time period, and (2) the operator takes appropriate action to have the affected device(s) replaced as soon as possible.

Background
Performance evaluations conducted by MSHA and NIOSH on a large number of CSE SR-100 SCSR devices indicated that some of the devices exhibited a higher-than-normal level of $CO_2$. Small amounts of $CO_2$ are normal in these types of devices. However, a higher-than-normal level of $CO_2$ may mean the device will not provide at least one hour of protection, and the miner may experience headaches and/or discomfort in breathing.

The manufacturer reported that the problem is most likely to be found on devices exposed to harsh in-mine-use conditions, repeated forceful impacts, or substantial vibration, resulting in internal damage to the chemical bed.

The investigation revealed that this type of damage may not be detected by following the manufacturer's currently approved daily and 90-day examination procedures. Further, although the affected devices will continue to provide protection and miners should not suffer any long term health effects while wearing the device, self-rescue devices that exhibit a higher-than-normal level of $CO_2$ do not conform to the approval requirements and must be removed from service.

5

Accordingly, MSHA and NIOSH required the manufacturer to develop a corrective action plan to ensure all potentially affected devices could be easily identified and removed from service as quickly as possible.

Authority
30 CFR 57.15030 and 57.22315 for underground metal and nonmetal mines and 75.1714 for underground coal mines.

Issuing Office and Contact Person
Coal Mine Safety and Health, Division of Health
Milton D. Conley, (703) 235-1358

Metal and Nonmetal Mine Safety and Health, Health Division
Peter M. Turcic, (703) 235-8307

MSHA Technical Support, Pittsburgh Safety and Health Technology Center,
Jeffery H. Kravitz, (412) 892-6923

Internet Availability
This Program Information Bulletin may be viewed on the Internet by accessing the MSHA home page (http://www.msha.gov) and then choosing "Statutory and Regulatory Information" and "Compliance Assistance Information."

Distribution
Program Policy Manual Holders
Underground Mine Operators
Underground Independent Contractors
MSHA Special Interest Groups

Attachment