IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, 8315 Lee Highway, Fairfax, VA 22031, | ) ) ) ) ) |
| Plaintiff, | ) Case No. 06-10503 JDB ) |
| v. | ) ) |
| David Dye, Acting Assistant Secretary, Mine Safety and Health Administration, U.S. Department of Labor, | ) ) ) ) ) ) |
| Defendant. | ) |

### SECOND DECLARATION OF RAY McKINNEY

1. I, Ray McKinney, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following:

2. I am the Administrator for Coal Safety and Health of the Mine Safety and Health Administration ("MSHA"), and I am responsible for implementing the coal safety and health requirements of the Mine Improvement and New Emergency Response Act of 2006 ("MINER Act"), which took effect on June 15, 2006. The MINER Act contains 8 provisions requiring immediate action by the Coal Safety and Health division of MSHA. Those 8 provisions pertain to Emergency Response Plans (ERPs") (Section 2 of the MINER Act requires mandatory written accident response plans no later than August 15, 2006); Mine Rescue Teams (Section

4 of the MINER Act requires a final rule be promulgated by December 21, 2007); Prompt Incident Notification (Section 5 of the MINER Act); Family Liaisons (Section 7 of the MINER Act); Penalties (Section 8 of the MINER Act); Sealing of Abandoned Areas (Section 10 of the MINER Act requires a final rule be promulgated by December 21, 2007); Belt Air Technical Study Panel (Section 11 of the MINER Act requires a report to Congress by October 30, 2007); and Brookwood-Sago Mine Safety Grants (Section 14 of the MINER Act). Eight committees have been established to implement each of the above-listed sections of the MINER Act.

3. On July 21, 2006, MSHA issued a Program Policy Letter ("PPL") pertaining to the requirement in Section 2 of the MINER Act requiring underground coal mine operators to have, within 60 days of enactment, an ERP to be approved by MSHA. See Attachment A -- PPL No. P06-V-8. The PPL provides policy and guidance to underground coal mine operators to facilitate the development of their ERPs. The PPL is available on MSHA's website at www.msha.gov. The PPL addresses the content of an operator's ERP, which should include SCSR training that replicates actual conditions of use. See Attachment A -- PPL No. P06-V-8, p.5 (paragraph 5).

4. I am also responsible for overseeing the promulgation of the final Emergency Temporary Standard ("ETS"). The ETS will

include requirements for immediate accident notification applicable to all underground and surface mines. It will also address self-contained self-rescuer ("SCSR") storage and use, evacuation training (including SCSR training), and the installation and maintenance of lifelines in underground coal mines. On May 18, 2006, MSHA extended the public comment period for 30 days so that interested parties could adequately address issues raised by MSHA in the opening statement to the rulemaking hearings. Two issues concerning SCSR training that MSHA requested comments on were: 1) whether a new provision should be added that would allow the use of new SCSR technology, such as SCSRs that have the ability to provide up to two or more hours of oxygen per unit; and 2) whether other realistic emergency evacuation practices should be required, such as conducting a drill in smoke or using a realistic mouthpiece that provides the user with the sensation of actually breathing through an SCSR, commonly referred to as "expectations" training. See Attachment B -- opening statement to public hear ing in Charleston, West Virginia, paragraphs 6 and 14. In addition, MSHA requested additional comments on 2 issues pertaining to SCSR inventory: 1) whether specific information be reported for each SCSR at each mine and 2) whether operators should provide MSHA with a written report of all SCSRs that are used for an accident or emergency and all instances where such SCSRs did not function properly.

See Ibid, paragraphs 7 and 8. The comment period of the ETS closed on June 29, 2006.

5. On June 28, 2006, the United Mine Workers of America ("UMWA") filed comments to the ETS. The UMWA stated, with respect to SCSR training, that it supports a provision which would require "realistic, in-mine training, under conditions that mimic emergency conditions." See UMWA Comments, Attachment C at pp. 10-11. The UMWA further commented, with respect to SCSR inventories, that it supports a provision which would require mine operators to provide SCSR inventory information to MSHA and operators should report the activation of any SCSR to MSHA. Ibid, at pp. 5-6. MSHA will consider all comments received and, under Section 101(b)(3) of the Mine Act, must publish the Final Rule no later than December 9, 2006, that is, 9 months following the publication of the ETS.

6. I am also continuing to oversee MSHA's Action Plan which addresses proper SCSR training and the functionality of SCSRs. MSHA began implementing the SCSR Action Plan on April 27, 2006. As part of the Plan, MSHA has been actively arranging as many mine visits as possible. MSHA inspectors have had some opportunity to monitor SCSR functionality tests that were conducted to determine storage distance locations under the ETS. During these functionality tests, the miners donned an actual SCSR and physically walked through portions of the mine. In

4

addition, other SCSRs were also activated when some miners used old unopened ones to practice the donning procedures during training sessions on the surface. Although it appeared to be an isolated incident, on one occasion the breathing bags would not inflate when SCSRs were activated while conducting the donning training. MSHA requested that these SCSRs be sent to our Technical Support Division for evaluation. MSHA inspectors have also utilized mine visits to inspect SCSRs and to observe mine operators' hands-on training for donning the SCSRs during the quarterly Mine Emergency Evacuation drills held at the mine. The hands-on training is a simulation of miners donning a training model of an SCSR by following the established protocol. A few problems with SCSR maintenance and training have been identified during the inspectors' mine visits. For example, some SCSRs that met out-of-service withdrawal criteria were in use, and some miners needed additional training in the donning procedures. Any such problems were abated by operators in a timely manner.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

Dated:   July 25, 2006

*Ray McKinney* (signature)
Ray McKinney
Administrator for Coal Safety
 and Health