UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED MINE WORKERS OF
AMERICA, INTERNATIONAL UNION,

    Plaintiff,

    v.

DAVID DYE, Acting Assistant Secretary,
Mine Safety and Health Administration,
U.S. Department of Labor,

    Defendant.

Civil Action No. 06-1053 (JDB)

---

## ORDER

Upon consideration of [#2] plaintiff's motion for preliminary injunction and [#6] defendant's motion to dismiss, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**; and it is further

**ORDERED** that plaintiff's motion for preliminary injunction is **DENIED**.

/s/
JOHN D. BATES
United States District Judge

Date: August 23, 2006